IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| In re: | ) | JOINTLY ADMINISTERED |
| | ) | |
| SCOTIA DEVELOPMENT LLC, *et al.*, | ) | Case No. 07-20027-C-11 |
| | ) | |
| Debtors. | ) | Chapter 11 |
| | ) | |
| | ) | Honorable Richard S. Schmidt |

**NOTICE OF APPEARANCE
AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that pursuant to Section 1109 of the Bankruptcy Code and Fed. R. Bankr. P. 9010, the undersigned hereby appears in the above-captioned jointly administered bankruptcy cases as counsel to LaSalle Bank, N.A. and LaSalle Business Credit, LLC (collectively, "LaSalle").

PLEASE TAKE FURTHER NOTICE that the undersigned requests that all papers served or required to be served in this case including, without limitation, notices, pleadings, motions, applications, complaints, demands, petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other documents brought before this Court with respect to this case, be delivered to and served upon:

> Vincent E. Lazar
> Michael S. Terrien
> Phillip W. Nelson
> JENNER & BLOCK LLP
> 330 N. Wabash Avenue
> Chicago, IL 60611
> Telephone:  312-222-9350
> Facsimile:  312-527-0484
> E-Mail:  vlazar@jenner.com
>              mterrien@jenner.com
>              pnelson@jenner.com

This Notice of Appearance and Request for Service of Papers shall not be deemed or construed to be a waiver of the appearing party's rights: (1) to have final orders in non-core proceedings entered only after *de novo* review by a United States District Court Judge; (2) to trial by jury in any proceeding so triable in the case, controversy or proceeding related to these cases; (3) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (4) to have its claims or other rights adjudicated pursuant to any rights of arbitration; or (5) to any other rights, claims, actions, defenses, setoffs, or recoupments to which they are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated:  January 23, 2007                                Respectfully submitted,

                                                                        */s/Vincent E. Lazar*

                                                                        Vincent E. Lazar (Ill. Bar No. 6204916)
                                                                        Michael S. Terrien (Ill. Bar No. 611156)
                                                                        Phillip W. Nelson (Ill. Bar No. 6283615)
                                                                        JENNER & BLOCK LLP
                                                                        330 N. Wabash Avenue
                                                                        Chicago, Illinois 60611
                                                                        Telephone:  (312) 222-9350
                                                                        Facsimile:  (312) 840-7770
                                                                        E-mail:  vlazar@jenner.com
                                                                                     mterrien@jenner.com
                                                                                     pnelson@jenner.com