IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| IN RE: | § | JOINTLY ADMINISTERED |
| | § | |
| SCOTIA DEVELOPMENT LLC, ET AL., | § | Case No. 07-20027-C-11 |
| | § | |
| Debtors. | § | Chapter 11 |

THIS PLEADING APPLIES ONLY TO
**SCOTIA PACIFIC COMPANY LLC**, CASE NO. 07-20032

NOTICE OF APPEAL
[Related Docket No. 595]

Please take notice that The Ad Hoc Group of Timber Noteholders (the member of which hold or manage, as of the date hereof, more than 95% in principal aggregate amount outstanding of the Timber Notes, the "**Noteholder Group**")[1] in the above-captioned chapter 11 case, hereby appeals the *Findings of Fact and Conclusions of Law and Final Order* [Docket No. 595] (the "**Final Order**") entered by Richard S. Schmidt of the United States Bankruptcy Court for the Southern District of Texas (Corpus Christi Division) on April 5, 2007.[2]  (A copy of the Final

---

[1] The current members of the Noteholder Group include:  Angelo, Gordon & Co. L.P., on behalf of certain managed accounts and funds; Avenue Investments, L.P.; Avenue International, Ltd.; Avenue Special Situations Fund III, L.P.; Avenue-CDP Global Opportunities Fund, L.P. US; Avenue Special Situations Fund IV, L.P.; Banc of America Securities, Inc.; Camulos Master Fund LP; CarVal Investors LLC; Citigroup Global Markets Inc.; CSG Investments, Inc.; Davidson Kempner Capital Management LLC, on behalf of certain affiliated investment funds; Deutsche Bank Securities Inc.; D. E. Shaw Laminar Portfolios, L.L.C.; ECO Master Fund Ltd.; ECR Master Fund Ltd.; Gruss & Co.; funds managed by GSO Capital Partners LP; HBK Capital Management; Intermarket Corp.; J.P. Morgan Securities Inc.; KeyBanc Capital Markets; Lehman Brothers Inc.; Murray Capital Management (on behalf of certain managed accounts and funds); Northeast Investors Trust; Par IV Capital; Phoenix Investment Partners; Plainfield Special Situations Master Fund Limited; QDRF Master Ltd; QVT Financial LP; RockView Capital; TCW Credit Mortgage and Watershed Asset Management, L.L.C.  The members of the Noteholder Group each act in their own individual interests, and neither the individual members nor the Group as a whole purport to act on behalf of or to represent any other holder of Timber Notes.

[2] Shortly after filing this *Notice of Appeal,* the Noteholder Group will file a *Request for Certification Under 28 U.S.C. § 158(d)(2) and Bankruptcy Rule 8001(f)* (the "**Certification Motion**") with this Court seeking an immediate certification of this appeal to the Fifth Circuit Court of Appeals.

Order is attached to this *Notice of Appeal* as <u>Exhibit A</u>.)  The Final Order is hereby appealed pursuant to the provisions of 28 U.S.C. § 158 and Federal Bankruptcy Rules 8001 *et seq.*

Dated:  April 9, 2007

GARDERE WYNNE SEWELL LLP

By:     /s/ John P. Melko
    John P. Melko (13919600)
    1000 Louisiana, Suite 3400
    Houston, TX 77002-5007
    Telephone: (713) 276-5727
    Facsimile: (713) 276-6727

and

BRACEWELL & GIULIANI LLP

    Evan D. Flaschen (304232)
    Gregory W. Nye (300188)
    Kurt A. Mayr (425858)
    One Goodwin Square
    225 Asylum Street, 26th Floor
    Hartford, CT 06103
    Telephone: (860) 947-9000
    Facsimile: (860) 760-6789
    E-Mail: evan.flaschen@bgllp.com

*Attorneys for the Ad Hoc Group of Timber Noteholders*

CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of April, 2007 a true and correct copy of the foregoing instrument was forwarded to all parties listed on the attached Service list

/s/ John P. Melko
John P. Melko