**Master Service List**
**Scotia Development, LLC, et al**
**Exhibit "1"**

**Debtor**
Gary L. Clark
Scotia Pacific LLC
125 Main Street
Scotia, CA 95565-0000

**Debtor's Attorneys**
John F. Higgins
James Matthew Vaughn
Porter & Hedges, L.L.P.
1000 Main Street, 36th Floor
Houston, TX 77002

Kathryn Coleman
Gibson Dunn & Crutcher LLP
One Montgomery Street, Suite 3100
San Francisco, CA 94104

Eric J. Fromme
Gibson Dunn & Crutcher LLP
Jamboree Center
4 Park Plaza, Suite 1400
Irvine, CA 92614

**Debtors**
Scotia Development LLC
921 N. Chaparral, Suite 104
Corpus Christi, TX 78401

Salmon Creek LLC
P.O. Box 37
Scotia, CA 95565

Scotia Inn Inc.
100 Main Street
Scotia, CA 95565

Britt Lumber Co., Inc.
449 15th Street, Suite 401
Oakland, CA 94612

The Pacific Lumber Company
P.O. Box 37
Scotia, CA 95565

**Debtors' Counsel**
Shelby A. Jordan
Harlin C. Womble, Jr.
Nathaniel Peter Holzer
Jordan, Hyden, Womble, Culbreth & Holzer
500 N. Shoreline Blvd., Suite 900
Corpus Christi, TX 78471

Jeffrey Schaffer
Gary M. Kaplan
Howard Rice Nemerovski, et al.
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111

**U.S. Trustee**
United States Trustee
606 N. Carancahua, Suite 1107
Corpus Christi, TX 78476

**Committee of Unsecured Creditors**
Environmental Protection Information Center, Interim Chairman
c/o Sharon E. Duggan
370 Grand Avenue, Suite 5
Oakland, CA 94610

John Miller, Interim City Manager
City of Rio Dell
675 Wildwood Ave.
Rio Dell, CA 95562

Pacific Coast Trading, Inc.
c/o Miles T. Crail
1690 Green Ash Road
Reno, NV 89511

United Steelworkers
c/o David Jury
Five Gateway Center, Suite 807
Pittsburgh, PA 15222

Steve Cave
2332 Wrigley Road
Eureka, CA 95503

**Counsel for Committee of Unsecured Creditors**
Maxim B. Litvak
John D. Fiero
Pachulski Stang Ziehl Young Jones & Weintraub
150 California Street, 15th Floor
San Francisco, CA 94111-4500

**Governmental Entities**
Susan Combs, Comptroller
LBJ State Office Bldg.
111 E. 17th Street
P.O. Box 13528
Austin, TX 78711

Securities Exchange Commission
Attn: Merri Jo Gillette, Regional Director
175 W. Jackson Blvd., Suite 900
Chicago, IL 60604-2908

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

Internal Revenue Service
1919 Smith Street
Stop 5022 HOU
Houston, TX 77002

U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

U.S. Attorney's Office
Southern District
Donald J. Degabrielle, Jr.
Judy A. Robbins
P.O. Box 61129
Houston, TX 77208-1129

Kimberly A. Walsh
Assistant Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548
**Counsel for The Comptroller of Public Accounts of the State of Texas**

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880-0001
Sacramento, CA 94280-0001

Michael M. Stahl
Lisa Lund
U.S. Environmental Protection Agency
Office of Compliance
1200 Pennsylvania Avenue, NW
Washington, DC 20640-0001

Walker Smith
Randy Hill
U.S. Environmental Protection Agency
Office of Civil Enforcement
1200 Pennsylvania Avenue, NW
Washington, DC 20640-0001

Office of Enforcement and Compliance Assurance
U.S. Environmental Protection Agency
401 M Street, S.W.
Washington, DC 20460

Arizona Department of Revenue
P.O. Box 29079
Phoenix, AZ  85038-9079

State of California
Franchise Tax Board
P.O. Box 2952
Sacramento, CA  95812-2952

Kentucky Revenue Cabinet
Department of Revenue
200 Fair Oaks Lane
Frankfort KY 40620

Louisiana Department of Revenue
P.O. Box 91011
Baton Rouge, LA  70821-9011

Michigan Department of Treasury
430 W. Allegan Street
Lansing, MI  48922

Missouri Director of Revenue
P.O. Box 3020
Jefferson City, MO  65105-3020

Corporation Income Tax
P.O. Box 700
Jefferson City, MO 65105-0700

Ohio Treasurer of State
Ohio Department of Taxation
P.O. Box 804
Columbus, OH  43216-0804

West Virginia State Tax Department
Bankruptcy Unit
P.O. Box 766
Charleston, WV  25323-0766

Stephanie Tom Coupe
State of California
Department of Fish and Game
1416 Ninth Street, 12th Floor
Sacramento, CA  95814
**Department of Fish and Game**

Department of Fish and Wildlife Service
Attn:  Anne Badgely, Regional Director
911 N.E. 11th Avenue
Portland, OR  97232
**U.S. Department of the Interior**

Pacific Region, Region 1 Offices
Attn:  Ren Lohoefener, Regional Director
911 NE 11th Ave
Portland, OR 97232

California and Nevada Operations:
Steve Thompson, California and Nevada Operations (CNO) Manager
Kenneth McDermond, Deputy Operations Manager
2800 Cottage Way
Sacramento, CA 95825
**U.S. Department of the Interior**
**U.S. Fish and Wildlife Service**

National Marine Fisheries Services
US Department of Commerce
Attn: Dr. William Hogarth
        Deanna Harwood, Office of Counsel
501 W. Ocean Blvd., Suite 4200
Long Beach, CA  90802
**U.S. Department of Commerce National Oceanic and Atmospheric Administration; National Marine Fisheries Service, Southwest Regional Office**

Lisa Roberts
John Clancey
1655 Heindon Road
Arcata, CA  95521
**U.S. Department of Commerce National Oceanic and Atmospheric Administration; National Marine Fisheries Service**

The Resources Agency
Secretary of Resources
Attn:  Mary Nichols
1416 Ninth Street, Suite 1131
Sacramento, CA  95814

Department of Forestry and Fire Protection
Norman Hill, Chief Counsel
Ginevra Chandler, Chief Counsel
P.O. Box 944246
Sacramento, CA 94244-2460

Tom Osipovich, Unit Chief
Joe Fassler, Forest Inspector
118 S. Fortuna Boulevard
Fortuna, CA  95540
**State of California – Department of Forestry and Fire Protection, Humboldt Del Norte Unit**

Wildlife Conservation Board
W. John Schmidt, Executive Director
**RETURNED MAIL**

Wildlife Conservation Board
John P. Donnelly, Executive Director
1807 13th Street, Suite 103
Sacramento, CA 95814
**State of California; Wildlife Conservation Board**

Sacramento Fish & Wildlife Office
Lynn Cox, Deputy Solicitor General
2800 Cottage Way, Room W-2605
Sacramento, CA  95825
**U.S. Department of the Interior**
**U.S. Fish and Wildlife Service**

Arcata Fish & Wildlife Office
Mike Long
Amedee Brickey
James Bond
1655 Heindon Road
Arcata, CA  95521
**U.S. Department of the Interior**
**U.S. Fish and Wildlife Service**

Ted Cobb, Assistant Chief Counsel
1001 "I" Street
P.O. Box 100
Sacramento, CA  95814
**California Environmental Protection Agency**
**State Water Resources Control Board**

Robert Klamt, Chief, Timber Harvest Division
5550 Skylane Boulevard, Suite A
Santa Rosa, CA  95403
**California Environmental Protection Agency**
**State Water Resources Control Board**
**North Coast Regional Water Control Board**

Rick Martin, Director
North Coast Unified Air Quality Mgmt. District
2300 Myrtle Avenue
Eureka, CA  95501
**North Coast Unified Air Quality Management District**

California Forest Products Commission
Attn: Donn Zea, President
853 Lincoln Way, Suite 208
Auburn, CA  95603

Alan Tenenbaum
National Bankruptcy Coordinator
Department of Justice
Environment and Natural Resources Division
Environmental Enforcement Section
P.O. Box 7611
Washington, DC 20044
**Counsel for the United States on behalf of the Department of the Interior and NOAA**

Margarita Padilla
Mary Hackenbracht
Irene Tamura
Deputy Attorney General
Office of the California Attorney General
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA 94612-0550
**Counsel for the California Department of Fish and Game, the California Department of Forestry and Fire Protection, the North Coast Region Water Quality Control Board, the California State Water Resources Control Board and the California Wildlife Conservation Board**

Michael Neville
Tiffany Yee
Deputy Attorney General
Office of the California Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
**Counsel for the California Department of Fish and Game, the California Department of Forestry and Fire Protection, the North Coast Region Water Quality Control Board, the California State Water Resources Control Board and the California Wildlife Conservation Board**

**Secured Creditors**
The Bank of New York Trust Company, N.A.
John Stohlmann
600 North Pearl St., Suite 420
Dallas, TX  75201
**Indenture Trustee**

Bank of America
Clara Yang Strand
333 South Hope Street
Los Angeles, CA 90071

**Counsel to Secured Creditors**
Evan M. Jones
Brian M. Metcalf
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA  90071-2899
**Counsel for Bank of America**

Evan D. Flaschen
Bracewell & Giuliani LLP
One Goodwin Square
225 Asylum Street, 26th Floor
Hartford CT 06103
**Counsel to Ad Hoc Committee of Bondholders**

Rhett G. Campbell
Diana M. Woodman
Matthew R. Reed
Thompson & Knight LLP
333 Clay Street, Suite 3300
Houston, TX 77002
**Counsel for The Bank of New York Trust Company, N.A., Indenture Trustee**

Ira L. Herman
Thompson & Knight LLP
919 Third Avenue, 39th Floor
New York, NY 10022-3915
**Counsel for The Bank of New York Trust Company, N.A., Indenture Trustee**

**Twenty Largest Unsecured Creditors**
Aetna – Middletown
11300 Tomahawk Creek Parkway, Suite 300
Leawood, KS  66211

Blair Forest Consulting
1225 Central Avenue #3
Mckinleyville, CA  95519

California Forest Products Commission
853 Lincoln Way, Suite 208
Auburn, CA  95603

D.R. Systems
2599 McCullough Road
Nanaimo B.C.
Canada

David Gillott
Tall Trees Forestry
P.O. Box 413
Blue Lake, CA  95525

Environmental Protection Information Ctr.
c/o Brian Gaffney
Law Offices of Brian Gaffney
605 Market Street, Suite 505
San Francisco, CA  94105

Hohman & Associates
P.O. Box 733
Hydesville, CA  95547-0733

Humboldt Del Norte IPA
3100 Edgewood Road
Eureka, CA  95502

Humboldt Fish Action Council
c/o Fisheries Biology Department
Humboldt State University
1 Harpst Street
Arcata, CA 95519

IBM Corporation
275 Viger East
Montreal, QC
Canada

Laco Associates
21 West 4th Street
P.O. Box 1023
Eureka, CA  95501

Les Schwab Tire Center
275 N. Fortuna Bl.
Fortuna, CA  95540

Maxey Forestry
P.O. Box 4858
Arcata, CA  95518

Metlife
Dept. CH 10579
Palatine, IL  60055-0579

National Benefit Resources
Attn. Michael Ann Johnson
16004 SW Tualatin-Sherwood Rd., #447
Portland, OR 97140

NCASI
P.O. Box 13318
Research Triangle Park, NC  279909-3318

Steve Cave, et al.
c/o William G. Bertain
Law Offices of William G. Bertain
1310 Sixth Street
Eureka, CA  95501

SWRCB
5550 Skylane Blvd. #A
Santa Rosa, CA  95403

Timberland Res. Consultants
165 S. Fortuna Bl. Suite 4
Fortuna, CA  95540

United Steelworkers of America, et al.
c/o Jonathan Weissglass
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108

**Interested Parties and Parties Requesting Notice**
Alan Gover
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036-2787
**Counsel for MAXXAM Group, Inc.**

Craig H. Averch
Roberto J. Kampfner
White & Case LLP
633 West Fifth Street, 19th Floor
Los Angeles, CA 90071
**Counsel for MAXXAM Group, Inc.**

Vincent E. Lazar
Michael S. Terrien
Phillip W. Nelson
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, IL 60611
**Counsel for LaSalle Bank, N.A. and LaSalle Business Credit, LLC**

Vicky Namken
IBM Corporation
13800 Diplomat
Dallas, TX 75234
**Counsel for International Business Machines Credit LLC and International Business Machines Corporation**

Bruce G. MacIntyre
Perkins Coie LLP
1201 Third Avenue, 40th Floor
Seattle, WA 98101-3099
**Counsel for Green Diamond Resource Company**

Andrew Herenstein
Patrick Bartels
Quandrangle Group LLC
375 Park Avenue, 14th Floor
New York, NY 10152

David Neier
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166
**Counsel for Marathon Structured Finance Fund L.P.**

Eric E. Sagerman
Winston & Strawn
333 South Grand avenue, Suite 3800
Los Angeles, CA 90071
**Counsel for Marathon Structured Finance Fund L.P.**

John D. Penn
Haynes and Boone LLP
201 Main Street, Suite 2200
Fort Worth, TX 76102
**Counsel for Marathon Structured Finance Fund L.P.**

David E. Martinek
Dun & Martinek LLP
2313 I Street
Eureka, CA 95501
**Counsel for City of Rio Dell**

Steven H. Felderstein
Paul J. Pascuzzi
Felderstein Fitzgerald Willoughby & Pascuzzi
400 Capitol Mall, Suite 1450
Sacramento, CA 95814
**Counsel for State of California ex rel. Edmund G. Brown, Jr., A.G., CA Resources Agency, CA Dept. of Fish & Game, CA Dept. of Forestry & Fire Protection, North Coast Region Water Quality Control Board, CA State Water Resources Control Board, and CA Wildlife Conservation Board**

Michael A. Axel
KeyBank National Association
127 Public Square, Second Floor
Cleveland, OH 44114-1306
**Counsel for Key Equipment Finance Inc.**

Phillip W. Nelson
Jenner and Block LLP
330 North Wabash Ave.
Chicago, IL 60611

North Coast Unified Air Quality
Rick Martin, APCO
c/o Nancy Diamond
Law Offices of Nancy Diamond
822 G Street, Suite 3
Arcata, CA 95521

Pacific Forest Trust
101-A O-Riley Avenue
San Francisco, CA 94129

Tiffany Yee
Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102

Chanin Capital Partners LLC
c/o Brent C. Williams
330 Madison Ave.
New York, NY 10017

Dallas County
Linebarger Goggan Blair & Sampson
2323 Bryant St., Suite 1600
Dallas, TX 85201

Development Specialists Inc. (DSI)
345 California St., Suite 1150
San Francisco, CA 94104-2664

Mattole Restoration Council
P.O. Box 160
Petrolia, CA 95558

Ray Miller
3147 Dolbeer St., #13
Eureka, CA 95503

John C. Morrison
1890 Loop Road
Fortuna, CA 85540

Ira L. Herman
Thompson & Knight
919 Third Ave., 39th Floor
New York, NY 10022-3915

Humboldt Watershed Council
Post Office Box 1301
Eureka, CA 95502

Lewis Logging
3908 Rohnerville Rd.
Fortuna, CA 85540

James  A. Shepherd
Office of the U. S. Trustee
235 Pine St., Suite 700
San Francisco, CA 94708

HOUSTON 916266v4