IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

APR 2 6 2007

Michael N. Milby, Clerk of Court

Scotia Development, LLC § Case Number: 07-20027
§
§ Bankruptcy Judge: Richard S. Schmidt

## NOTICE TO THE CIRCUIT OF AN APPEAL

In connection with this appeal, a copy of the notice of appeal, the order being appealed, related documents related to the appeal, and the docket sheet are attached. Please acknowledge receipt on the enclosed copy of this notice.

In regard to this appeal:

- The Court of Appeal $455.00 filing and docketing fees have not been paid and the appellant is represented by counsel. The filing fee of $255.00 has been paid in the Bankruptcy Court.

- Hearings were held in the case - transcripts were produced.

- Attorney for Appellant is submitting separately a Motion For Approval of Direct Appeal With The Fifth Circuit.

Michael N. Milby, Clerk

/ Gracie Chavez
Deputy Clerk

Encls