UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| In re: § | |
| § | |
| SCOTIA DEVELOPMENT LLC, § | Case No.  07-20027-C-11 |
| § | Jointly Administered |
| Debtor. § | (Chapter 11) |

**SCOTIA PACIFIC COMPANY LLC'S DESIGNATION OF ADDITIONAL
ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL
[Related Docket Nos. 595, 611 & 662]**

Scotia Pacific Company LLC ("Scopac") respectfully submits, pursuant to Bankruptcy Rule 8006, this designation of additional items to be included in the record on appeal regarding the appeal by the Ad Hoc Group of Timber Noteholders of the bankruptcy court's "Findings of Fact and Conclusions of Law and Final Order" dated April 5, 2007 (docket no. 595) denying the Noteholder Group's motion to designate Scopac a single asset real estate debtor pursuant to 11 U.S.C. § 101(51B) and § 362(d)(3).

## DESIGNATION OF ADDITIONAL ITEMS FOR RECORD ON APPEAL

| Docket No./ Trial Exhibit | Description |
|---|---|
| Docket No. 278 | Response of the Bank of New York Trust Company, N.A., Indenture Trustee in Support of Noteholder Committee's Motion for (A) Determination that Scotia Pacific Company LLC is a Single Asset Real Estate Debtor, and (B) For an Order Requiring that Scotia Pacific Comply With the Requirements of Bankruptcy Code § 362(d)(3) |
| | All exhibits admitted into evidence by Scopac at the hearing on March 30, 2007 |
| | All exhibits, attachments, and supplements to each item designated herein and in other designations filed for this appeal. |
| Scopac's Ex. # 1. | Map:  Active  2007 THPs (Proposed and Approved) as of March 14, 2007 |

| Docket No./ Trial Exhibit | Description |
|---|---|
| Scopac's Ex. # 2. | Employee List |
| Scopac's Ex. # 3. | Acquisitions |
| Scopac's Ex. # 4. | Divestitures |
| Scopac's Ex. # 5. | THP Layout Process |
| Scopac's Ex. # 6. | *Exhibit Intentionally Omitted* |
| Scopac's Ex. # 7. | Ortho Poster |
| Scopac's Ex. # 8. | Hill Shade Poster |
| Scopac's Ex. # 9. | The Professional Foresters Law and the Role of the Registered Professional Forester in Managing California's Forests |
| Scopac's Ex. # 10. | Timber Harvesting Plan 1-05-131 HUM |
| Scopac's Ex. # 11. | Letter to Leslie Markham from Wayne D. Rice re: RPF Revisions to Include PWA Sites and Geo Road Abandonment, dated May 3, 2006 |
| Scopac's Ex. # 12. | 1602 Application |
| Scopac's Ex. # 13. | Letter to Tim Meyers from William Condon re Proposed Streambed Alteration, dated September 26, 2005 |
| Scopac's Ex. # 14. | CDF Pre-Harvest Inspection Report |
| Scopac's Ex. # 15. | CDF Supplemental Pre-Harvest Inspection Report |
| Scopac's Ex. # 16. | CGS Pre-Harvest Inspection Report |
| Scopac's Ex. # 17. | Letter to CDF from Wayne D. Rice re: THP 1-05-131 HUM, dated March 13, 2006 |
| Scopac's Ex. # 18. | Letter to Gordon Leppig from James Regan re: Rare Plant Survey Results, dated July 14, 2005 |
| Scopac's Ex. # 19. | Letter to CDF from Wayne D. Rice re: THP 1-05-131 HUM, dated May 30, 2006 |
| Scopac's Ex. # 20. | Facsimile to CDF from Wayne D. Rice re: Response to Second Review Team Recommendations, dated March 17, 2006 |

| Docket No./ Trial Exhibit | Description |
|---|---|
| Scopac's Ex. # 21. | Letter to CDF from Wayne D. Rice re: Response to WQ PHI Report, dated March 15, 2006 |
| Scopac's Ex. # 22. | Letter to CDF from Shawn Zimmermaker re THP 1-05-131 HUM, dated July 11, 2005 |
| Scopac's Ex. # 23. | Letter to Leslie Markham from John H. Sneed re: THP Revisions, Marbled Murrelet D & E Stands Release Letter, dated September 23, 2005 |
| Scopac's Ex. # 24. | Letter to Adrian Miller from Catherine Kuhlman re: Enrollment of THP 1-05-131 HUM under Elk River Watershed Waste Discharge Requirements, dated September 8, 2006 |
| Scopac's Ex. # 25. | Letter to Catherine Kuhlman from Adrian Miller re: Enrollment under Elk River WWDR, dated December 11, 2006 |
| Scopac's Ex. # 26. | Minor Amendment No. 1 to THP 1-05-131 HUM |
| Scopac's Ex. # 27. | Minor Amendment No. 2 to THP 1-05-131 HUM |
| Scopac's Ex. # 28. | Minor Amendment No. 3 to THP 1-05-131 HUM |
| Scopac's Ex. # 29. | Minor Amendment No. 4 to THP 1-05-131 HUM |
| Scopac's Ex. # 30. | Minor Amendment No. 5 to THP 1-05-131 HUM |
| Scopac's Ex. # 31. | Minor Amendment No. 6 to THP 1-05-131 HUM |
| Scopac's Ex. # 32. | Minor Amendment No. 7 to THP 1-05-131 HUM |
| Scopac's Ex. # 33. | Minor Amendment No. 8 to THP 1-05-131 HUM |
| Scopac's Ex. # 34. | Minor Amendment No. 9 to THP 1-05-131 HUM |
| Scopac's Ex. # 35. | Map:  Ownership and Topographic Relief |
| Scopac's Ex. # 36. | Map:  Interim and Watershed Analysis Prescriptions Map |
| Scopac's Ex. # 37. | Timber Harvest Plan Preparation and Implementation Checklist |
| Scopac's Ex. # 38. | Timber Type and Age Map (Portion of Upper Eel Management Zone) |
| Scopac's Ex. # 39. | Ten Year Harvesting Plan (Portion of Upper Eel Management Zone) |

| Docket No./ Trial Exhibit | Description |
|---|---|
| Scopac's Ex. # 40. | SCOPAC Ecological Trend and Monitoring Program |
| Scopac's Ex. # 41. | Geologic Hazard Management |
| Scopac's Ex. # 42. | SCOPAC Science Program Overview |
| Scopac's Ex. # 43. | Watershed Analysis |
| Scopac's Ex. # 44. | Photograph: Elk River Working Forest |
| Scopac's Ex. # 45. | Photograph: Foresters at the End of Field Work Day |
| Scopac's Ex. # 46. | Photograph: New Road Construction |
| Scopac's Ex. # 47. | Photograph: Helicopter Logging Operations |
| Scopac's Ex. # 48. | Photograph: Variable Retention Post-Harvest |
| Scopac's Ex. # 49. | Photograph: Slash from Helicopter Logging Operations |
| Scopac's Ex. # 50. | Photograph: Live Broadcast Burn |
| Scopac's Ex. # 51. | Photograph: Planted Seedlings |
| Scopac's Ex. # 52. | Photograph: Ceanothus Invasion |
| Scopac's Ex. # 53. | Photograph: Folier Spray Plantation |
| Scopac's Ex. # 54. | Photograph: Hardwood Stands |
| Scopac's Ex. # 55. | Photograph: Hack & Squirt |
| Scopac's Ex. # 56. | Photograph: Hack & Squirt Hill Slope |
| Scopac's Ex. # 57. | Photograph: Pampas Grass Invasion |
| Scopac's Ex. # 58. | Photograph: Stream Crossing Remediation |
| Scopac's Ex. # 59. | Photograph: Stream Crossing Remediation (with Digger) |
| Scopac's Ex. # 60. | Photograph: Watershed Analysis Field Trip |

Dated: May 23, 2007

/s/ Kathryn A. Coleman
Kathryn A. Coleman
California State Bar No. 110937
Eric J. Fromme
California State Bar No. 193517
Robert K. Dakis
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
Telephone:     212.351.4000
Facsimile:     212.351.3889
kcoleman@gibsondunn.com
efromme@gibsondunn.com
rdakis@gibsondunn.com

-and-

John F. Higgins
State Bar No. 09597500
James Matthew Vaughn
State Bar No. 24028088
Joshua W. Wolfshohl
State Bar No. 24038592
PORTER & HEDGES, L.L.P.
1000 Main Street, 36th Floor
Houston, TX  77002
Telephone:     713.226.6000
Facsimile:     713.226.6248
jhiggins@porterhedges.com
mvaughn@porterhedges.com

**BANKRUPTCY COUNSEL TO SCOTIA PACIFIC COMPANY, LLC**

100217820_1.DOC