Case 07-20027   Document 836   Filed in TXSB on 05/25/07   Page 1 of 2

United States Courts
Southern District of Texas
FILED

MAY 25 2007

Michael N. Milby, Clerk of Court

## United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

May 16, 2007

TO:  All Counsel and Parties Listed Below:

    Misc. No. 07-00020 Ad Hoc Group v. Pacific Lumber Co
    US Bankruptcy No. 07-20027

Enclosed is a copy of the court's order granting the application(s) for leave to appeal. The case is transferred to the court's general docket. All future inquiries should refer to docket No. 07-40487.

If there is a concurrent appeal at the district court, it is appellant's responsibility to advise this court of any developments which may impact disposition of this appeal.

The appellant(s) should immediately pay the appropriate fees ($200.00) to the **bankruptcy court clerk** and notify us of the payment within 10 days from the date of this letter. if you do not, we will dismiss the appeal, see 5TH CIR. R. 42.3.

By copy of this letter, I am requesting the **bankruptcy court** to send the certified record immediately.

Counsel desiring to appear in this case must sign and return a "Form for Appearance of Counsel", naming each party you represent, within 15 days from the date of this letter. You may print or download the form from the Fifth Circuit's web site, www.ca5.uscourts.gov. If you fail to send in the form, we will remove your name from the docket. Pro se parties do not need to file an appearance form.

    Sincerely,

    CHARLES R. FULBRUGE III, Clerk

By: _____
    Steve Totora, Deputy Clerk
    504-310-7667

Mr Evan D Flaschen
Mr John Philip Melko
Mr Eric J Fromme
Mr Nathaniel Peter Holzer
Mr Gary M Kaplan
Mr James Matthew Vaughn
Mr Harlin C Womble Jr

Enclosure
cc: Mr Michael N Milby, Clerk

MOT-11B

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 07-00020

**U.S. COURT OF APPEALS**
# FILED
MAY 1 4 2007

CHARLES R. FULBRUGE III
CLERK

In The Matter Of: SCOTIA PACIFIC COMPANY LLC

   Debtor

---

AD HOC GROUP OF TIMBER NOTEHOLDERS

   Petitioners

v.

SCOTIA PACIFIC COMPANY LLC; THE PACIFIC LUMBER CO

   Appellees – Respondents

United States Courts
Southern District of Texas
FILED

MAY 2 5 2007

Michael N. Milby, Clerk of Court

---

Petition for Leave to Appeal
from an Interlocutory Order

---

Before DEMOSS, STEWART and PRADO, Circuit Judges.

PER CURIAM:

   IT IS ORDERED that the petition for leave to appeal under 28 U.S.C §158(d) is *GRANTED*

MOT-20

A true copy
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit
By: Deputy
New Orleans, Louisiana   MAY 1 4 2007