# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

MICHAEL N. MILBY                                                                          1133 N. SHORELINE BLVD., ROOM 208
CLERK                                                                                                          CORPUS CHRISTI, TX 78401

May 29, 2007

Mr. Charles R. Fulbruge III, Clerk
U.S. Court of Appeals, Fifth Circuit
600 South Maestri Place
New Orleans, LA 70130

IN RE:
Bankruptcy Court Case No.: 07-20027
Circuit Court Case No.: 07-40487

Dear Mr. Fulbruge:

Enclosed is a printed copy of the electronic record on appeal in the above referenced matter. This record contains 4 volumes of the printed record on appeal.

- Copies of transcript(s) are enclosed. (2 volumes).

- No sealed documents exist in this case.

- No state court records exist in this case.

- Trial exhibits in this case are enclosed (9 volumes).

Copies do not need to be returned to our Clerk's office. Please properly dispose of all items when the appeal process in complete.

Very Truly Yours,

Michael N. Milby, Clerk

*Gracie Chavez*
Gracie Chavez
Deputy Clerk