# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED

MAY 20 2008

Michael N. Milby, Clerk of Court

| | |
|---|---|
| In re: | JOINTLY ADMINISTERED |
| SCOTIA DEVELOPMENT LLC, et al., | Case Nos. 07-20027--07-20032 |
| Debtors_____/ | Chapter 11 |

## CLAIMANT'S ANSWER TO DEBTORS' OBJECTION
## TO PROOF OF CLAIM #547 FILED BY PATRICK LANCELIN

Creditor and claimant, Patrick Lancelin, files this answer to the objection, filed on 04/07/08, by the debtors to his Proof of Claim filed on 07/17/07, and, in support thereof, respectfully states as follows:

1. The debtors object that my claim is based on a tort action in the Superior Court of California in the County of Humboldt, Case No. 9700400. They are right about that, but they are wrong in saying that action has been dismissed. In ¶ 12 on page 5 of the debtors' objection, they state the following:

> 12. On April 13, 2001, the state court . . . dismissed Claimant's lawsuit . . . . for willfully failing 'to comply with his discovery obligations . . . established by the court order of May 19, 2000.' A copy of the order is attached hereto as 'Exhibit B.' . . .

However, no such order is attached as "Exhibit B"! Perhaps that is because my lawsuit against the debtors has not been dismissed!

2. Among the plaintiffs in that tort action in California are listed Simone Rust, my mother, and Patrick Lancelin, myself. The fact that my mother, Simone Rust, executed and filed an Acknowledgment Of Full Satisfaction Of Judgment on 06/22/01 is irrelevant to my continuing and still pending action in the Superior Court of California against the debtors. The debtors claim that I was not an owner of the property that was the basis for the lawsuit. They claim that only my mother, Simone Rust, owned that property. But that is not true. My mother, Simone Rust, and I were joint owners of that property.

3. The debtors object that I did not provide this court with supporting documents to my Claim Form B10, as required by item 7 of that form. However, in their very objection, they have now conveniently provided this court with exactly such documents. In regard to the date the debt was incurred, they object that my statement of the date as "96→07" is inadequate; but that is a factual matter for this court to decide after hearing what I have to say on this matter. It is not for them to decide ahead of time.

WHEREFORE, this creditor and claimant respectfully requests that this court sustain his claim and deny the debtors' objection.

Date: 05/18/08

*[signature]*
PATRICK LANCELIN

## PROOF OF SERVICE BY OVERNIGHT MAIL

I, RICHARD K. HARRINGTON, declare as follows:

1. I am a resident of the County of Santa Cruz, State of California. I am over the age of 18, and not a party to this action.

2. On May 18, 2008, I caused the following documents:

**CLAIMANT'S ANSWER TO DEBTORS' OBJECTION TO PROOF OF CLAIM #547**

**FILED BY PATRICK LANCELIN**

**AN UNSIGNED COPY OF THIS PROOF OF SERVICE**

to be served on all parties by examining the documents, placing them in envelopes, and mailing them by overnight, Federal Express, mail addressed as follows:

Kathryn A. Coleman
Eric J. Fromme
GIBSON, DUNN, & CRUTCHER LLP
Forty-Seventh Floor
200 Park Avenue
New York, NY 10166-0193

Kyung S. Lee
Wendy K. Laubach
Stephen T. Loden
Eric M. Van Horn
DIAMOND McCARTHY LLP
909 Fannin, Ste. 1500
Houston, TX 77002

Jack L. Kinzie
James R. Prince
C. Luckey McDowell
BAKER BOTTS LLP
2001 Ross Avenue
Dallas, TX 75201-2980

Shelby A. Jordan
Nathaniel Peter Holzer
Suite 900
500 N. Shoreline Blvd.
Corpus Christi, TX 78471

I declare under penalty of perjury under the laws of the State of California that the foregoing is true, and that this declaration is executed on May 18, 2008, at Santa Cruz, California.

Date: May 18, 2008

*[signature]*

RICHARD K. HARRINGTON