

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

**ENTERED**
**07/15/2008**

| | | |
|---|---|---|
| IN RE: § | | |
| SCOTIA DEVELOPMENT, LLC, et.al. § | CASE NO: 07-20027 | |
| § | | |
| § | Jointly Administered Order | |
| Debtor(s) § | | |
| § | | |
| § | | |

## ORDER GRANTING PETITION FOR DIRECT APPEAL TO THE FIFTH CIRCUIT COURT OF APPEALS

On this day came on for consideration the Petition for Direct Appeal to the Fifth Circuit Court of Appeals filed by the Indenture Trustee. The Court, having heard the evidence and arguments of counsel, and in conformance with the Findings of Fact and Conclusions of Law entered herewith, finds that the relief requested should be granted.

It is therefore ORDERED that the Petition for Direct Appeal to the Fifth Circuit Court of Appeals filed by the Indenture Trustee is hereby GRANTED.

Dated: 07/15/2008

*[signature]*

RICHARD S. SCHMIDT
United States Bankruptcy Judge