IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| In Re: § <br> § <br> SCOTIA DEVELOPMENT LLC, *et al.*, § <br> § <br> Debtors. § | Case No. 07-20027-C-11 <br> Jointly Administered <br> (Chapter No. 11) |

**APPELLANTS' JOINT DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD AND STATEMENT OF ISSUES ON APPEAL OF THE (I) ORDER ON EMERGENCY MOTION TO ENFORCE CONFIRMATION ORDER AND OTHER MISCELLANEOUS RELIEF AND (II) STIPULATED ORDER**
(Related Docket Nos. 3452, 3464, 3508, 3509, 3511, 3513)

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, The Bank of New York Mellon Trust Company, N.A., formerly The Bank of New York Trust Company, N.A., as Indenture Trustee for the Timber Notes; Scotia Redwood Foundation, Inc.; CSG Investments, Inc.; Angelo, Gordon & Co., L.P.; Aurelius Capital Management, L.P.; and Davidson Kempner Capital Management LLC; appellants in this appeal (collectively, the "Appellants") and creditors of Scotia Pacific Company LLC ("Scopac"), debtor in the above-captioned jointly administered chapter 11 bankruptcy case, hereby submit this Joint Designation Of Items To Be Included In The Record And Statement Of Issues On Appeal (the "Designation") in connection with the Bankruptcy Court's (i) Order On Emergency Motion To Enforce Confirmation Order And Other Miscellaneous Relief (the "*Enforcement Order*") and (ii) the "*Stipulated Order*" relating to the Emergency Motion For Contempt filed by Consolidated-Debtor The Pacific Lumber Company entered in the above-captioned case on July 28 and 29, 2008, respectively.

70368961.2

## DESIGNATION OF RECORD

The Appellants respectfully designate the following items to be included in the appellate record pursuant to Bankruptcy Rule 8006:

## PLEADINGS / DOCKET ENTRIES

| Designation No. | Docket No. | Description[1] |
|---|---|---|
| **Appellant 1** | | Copy of Docket Sheet for Case No. 07-20027 as of August 18, 2008 |
| **Appellant 2** | Dkt. 2919 | Proposed Findings of Fact and Conclusions of Law (Filed By Marathon Structured Finance Fund LP, Mendocino Redwood Company, LLC, Official Unsecured Creditors' Committee).(Related document(s):2774 Notice,, 2902 Amended Chapter 11 Plan, 2092 Motion to Appoint Trustee, ) (Penn, John) (Entered: 05/16/2008) |
| **Appellant 3** | Dkt. 3088 | Findings of Fact and Conclusions of Law Regarding (a) Confirmation of MRC/Marathon Plan (b) Denial of Confirmation of the Indenture Trustee Plan and (c) Denial of the Motion to Appoint a Chapter 11 Trustee Signed on 6/6/2008 (Related document(s):2404 Amended Chapter 11 Plan, 2370 Amended Chapter 11 Plan, 2211 Chapter 11 Plan, 2206 Chapter 11 Plan, 2402 Amended Chapter 11 Plan, 2902 Amended Chapter 11 Plan, 2800 Amended Chapter 11 Plan, 2092 Motion to Appoint Trustee,) (jsil,) (Entered: 06/06/2008) |
| **Appellant 4** | Dkt. 3300 | Amended Chapter 11 Plan Filed by Marathon Structured Finance Fund LP (Related document(s):2206 Chapter 11 Plan) (Attachments: # 1 Appendix)(Penn, John) (Entered: 07/08/2008) **"The MRC/Marathon Plan"** |
| **Appellant 5** | Dkt. 3302 | Judgment and Order (I) Confirming First Amended Joint Chapter 11 Plan of Reorganization for the Debtors, as Further Modified, with Technical Amendments, Proposed by Mendocino Redwood Company, LLC, Marathon Structured Finance Fund, LP and Official Committee of Unsecured Creditors, (II) Denying Confirmation of Indenture Trustee Plan, (III) Denying Motion to Appoint Chapter 11 Trustee Signed on 7/8/2008 (Related document(s):2800 Amended Chapter 11 Plan) (Attachments: # 1 Continuation of Order# 2 First Amended Plan# 3 Appendix) (jsil,) (Entered: 07/08/2008) |
| **Appellant 6** | Dkt. 3304 | Notice of Appeal to DISTRICT Court. (related document(s):3302 Order Confirming Chapter 11 Plan,,). Fee Amount $255. Appellant Designation due by 7/21/2008. (Attachments: # 1 Exhibit A-PART 1# 2 Exhibit A-PART 2# 3 Exhibit A-PART 3)( Bolton, Johnathan) (Entered: 07/09/2008) |

---

[1] Items designated shall include all exhibits and submissions attached thereto.

| | | |
|---|---|---|
| **Appellant 7** | Dkt. 3305 | Notice of Appeal to District Court. (related document(s):3302 Order Confirming Chapter 11 Plan,,). Fee Amount $255. Appellant Designation due by 7/21/2008. (Attachments: # 1 Notice of Appeal (part 2))(Winston, Eric) (Entered: 07/09/2008) |
| **Appellant 8** | Dkt. 3308 | Petition Requesting Direct Appeal to Circuit Court (Attachments: # 1 Proposed Order)( Bolton, Johnathan) (Entered: 07/09/2008) |
| **Appellant 9** | Dkt. 3311 | Notice Joinder of Certain Noteholders in The Indenture Trustee's Emergency Request for Certification Pursuant to 28 U.S.C. section 158(d)(2) and Interim Rule 8001(f) of the Federal Rules of Bankruptcy Procedure. (Related document(s):3308 Petition Requesting Direct Appeal) Filed by Angelo, Gordon & Co, Aurelius Capital Management LP, Davidson Kempner Capital Management LLC (Winston, Eric) (Entered: 07/09/2008) |
| **Appellant 10** | Dkt. 3314 | Notice of Appeal to District Court. (related document(s):3302 Order Confirming Chapter 11 Plan,,). Fee Amount $255. Appellant Designation due by 7/21/2008. (Attachments: # 1 Exhibit A# 2 Exhibit A-1# 3 Exhibit A-2# 4 Exhibit A-3)(Schultz, Sarah) (Entered: 07/09/2008) |
| **Appellant 11** | Dkt. 3315 | Notice of Appeal to District Court. (related document(s):3302 Order Confirming Chapter 11 Plan,,, 3088 Findings of Fact and Conclusions of Law,,). Fee Amount $255. Appellant Designation due by 7/21/2008. (York, Aaron) (Entered: 07/09/2008) |
| **Appellant 12** | Dkt. 3317 | Notice of Appeal to District Court. (related document(s):3302 Order Confirming Chapter 11 Plan,, ). Fee Amount $255. Appellant Designation due by 7/21/2008. (Attachments: # 1 Exhibit A# 2 Exhibit A-1# 3 Exhibit A-2# 4 Exhibit A-3)(Schultz, Sarah) (Entered: 07/09/2008) |
| **Appellant 13** | Dkt. 3321 | Motion Joinder of CSG Investments, Inc. to the Indenture Trustee's Emergency Request for Certification Filed by Creditor CSG Investments, Inc. and Affiliates (Attachments: # 1 Exhibit service list) (Gibbs, Charles) (Entered: 07/09/2008) |
| **Appellant 14** | Dkt. 3322 | Motion Joinder of Scotia Redwood Foundation, Inc. to the Indenture Trustee's Emergency Requst for Certification Filed by Creditor Scotia Redwood Foundation Inc. (Attachments: # 1 Exhibit service list# 2 Exhibit service list) (Gibbs, Charles) Modified on 7/10/2008 (kettac, ). Attachment 2 Exhibit service list is an incorrect document per attorney. (Entered: 07/09/2008) |
| **Appellant 15** | Dkt. 3324 | Notice Scotia Pacific Company LLC's Joinder in the Indenture Trustee's Emergency Request for Certification Pursuant to 28 U.S.C. 158(d)(2) and Interim Rule 8001(f) of The Federal Rules of Bankruptcy Procedure. (Related document(s):3308 Petition Requesting Direct Appeal) Filed by Scotia Pacific Company LLC (York, Aaron) (Entered: 07/09/2008) |
| **Appellant 16** | Dkt. 3329 | Petition Requesting Direct Appeal to Circuit Court *(with Exhibit A)* (Attachments: # 1 Exhibit A-Part 1# 2 Exhibit A-Part 2# 3 Exhibit A-Part 3)(Bolton, Johnathan) (Entered: 07/10/2008) |

| | | |
|---|---|---|
| **Appellant 17** | Dkt. 3381 | Findings of Fact and Conclusions of Law On The Emergency Motion Of The Indenture Trustee For Stay Pending Appeal and The Petition For Direct Appeal To The Fifth Circuit of Appeals Signed on 7/15/2008 (Related document(s):3308 Petition Requesting Direct Appeal, 3319 Generic Motion, 3309 Motion To Stay Pending Appeal, 3322 Generic Motion,, 3321 Generic Motion, 3323 Generic Motion) (gjon,) (Entered: 07/15/2008) |
| **Appellant 18** | Dkt. 3382 | Order Granting Petition For Direct Appeal To The Fifth Circuit Court of Appeals Signed on 7/15/2008 (Related document(s):3329 Petition Requesting Direct Appeal) (gjon,) (Entered: 07/15/2008) |
| **Appellant 19** | Dkt. 3383 | Order Denying Emergency Motion Of The Indenture Trustee For Stay Pending Appeal. The Confirmation Order is stayed for ten days, until July 25, 2008, to allow the Indenture Trustee to seek further relief from the Fifth Circuit Court of Appeals (Related Doc # 3309) Signed on 7/15/2008. (gjon,) (Entered: 07/15/2008) |
| **Appellant 20** | Dkt. 3442 | Motion to Compel EMERGENCY MOTION FOR ORDER TO ENFORCE CONFIRMATION ORDER AND OTHER MISCELLANEOUS RELIEF Filed by Creditors Marathon Structured Finance Fund LP, Mendocino Redwood Company, LLC, Consolidated-Debtor The Pacific Lumber Company Hearing scheduled for 7/25/2008 at 09:30 AM at Houston, Courtroom 400 (WWS). (Attachments: # 1 Exhibit) (Holzer, Nathaniel) (Entered: 07/24/2008) |
| **Appellant 21** | Dkt. 3445 | Response (related document(s):3442 Motion to Compel, ). Filed by Bank of New York Trust Company, N. A. (Greendyke, William) (Entered: 07/25/2008) |
| **Appellant 22** | Dkt. 3452 | Order on Emergency Motion to Enforce Confirmation Order and Other Miscellaneous Relief. (Related Doc # 3442) Signed on 7/28/2008. (jsil, ) (Entered: 07/28/2008) "**The Enforcement Order**" |
| **Appellant 23** | Dkt. 3460 | Motion to Compel Filed by Consolidated-Debtor The Pacific Lumber Company Hearing scheduled for 7/29/2008 at 02:00 PM at Corpus Christi, 1133 N Shoreline. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Proposed Order # 5 Proposed Order) (Holzer, Nathaniel) (Entered: 07/29/2008) |
| **Appellant 24** | Dkt. 3461 | Order Setting Hearing Signed on 7/29/2008 (Related document(s):3457 Motion to Compel, , Motion for Contempt, ) Hearing scheduled for 7/29/2008 at 02:00 PM at Corpus Christi, 1133 N Shoreline. (jsil, ) (Entered: 07/29/2008) |
| **Appellant 25** | Dkt. 3464 | Stipulated Order Signed on 7/29/2008 (Related document(s):3460 Motion to Compel, et al) (jsil, ) (Entered: 07/29/2008) "**The Stipulated Order**" |
| **Appellant 26** | Dkt. 3473 | Notice of (I) Entry of Order Confirming MRC/Marathon Plan; (II) Occurrence of Effective Date of MRC/Marathon Plan; (III) Bar Date for Filing Rejection Damage Claims; (IV) Deadline for Filing Requests for Payment of Administrative Expense Claims; |

| | | |
|---|---|---|
| | | and (V) Deadline for Professionals to File Fee Applications. (Related document(s):3302 Order Confirming Chapter 11 Plan,, ) Filed by Marathon Structured Finance Fund LP, Mendocino Redwood Company, LLC, Official Unsecured Creditors' Committee (Penn, John) (Entered: 07/30/2008) |
| **Appellant 27** | Dkt. 3476 | Notice of Indenture Trustee's Limited Objection and Reservation of Rights Regarding Notice of Effective Date. (Related document(s):3473 Notice,, ) Filed by The Bank of New York Trust Company, N.A. (Black, Robert) (Entered: 07/30/2008) |
| **Appellant 28** | Dkt. 3488 | Fifth Circuit Court Of Appeals Letter advising enclosed is a copy of the court's order granting the application for leave to appeal. All future inquiries should refer to Docket No. 08-40746. Appellant should immediately pay the appropriate fees to the bankruptcy court clerk and notify us of the payment within ten days from the date of this letter. Bankruptcy court to send the certified record immediately. Counsel desiring to appear in this case must sign and return a "Form for Appearance of Counsel". (USCA No. 08-40746) (gcha, ) (Entered: 08/01/2008) |
| **Appellant 29** | Dkt. 3489 | Petition Granting Permission To Appeal From The United States District Court For The Southern District Of Texas Corpus Christi Signed on 7/31/2008 (Related document(s):3314 Notice of Appeal,, 3317 Notice of Appeal,, 3316 Notice of Appeal, 3315 Notice of Appeal, 3304 Notice of Appeal,, 3313 Notice of Appeal, 3307 Notice of Appeal, 3306 Notice of Appeal, 3305 Notice of Appeal) (gcha, ) (Entered: 08/01/2008) |
| **Appellant 30** | Dkt. 3490 | Notice of Joinder of Noteholders CSG Investments Inc. and Scotia Redwood Foundation Inc. to the Indenture Trustee's Notice of Limited Objection and Reservation of Rights Regarding Notice of Effective Date. (Related document(s):3476 Notice) Filed by CSG Investments, Inc. and Affiliates, Scotia Redwood Foundation Inc. (Gibbs, Charles) (Entered: 08/01/2008) |
| **Appellant 31** | Dkt. 3491 | Notice *OF JOINDER OF CERTAIN NOTEHOLDERS IN THE INDENTURE TRUSTEE'S NOTICE OF LIMITED OBJECTION AND RESERVATION OF RIGHTS REGARDING NOTICE OF EFFECTIVE DATE*. (Related document(s):3476 Notice, 3473 Notice,, ) Filed by Angelo, Gordon & Co, Aurelius Capital Management LP, Davidson Kempner Capital Management LLC (Winston, Eric) (Entered: 08/01/2008) |
| **Appellant 32** | Dkt. 3508 | Notice of Appeal filed. (related document(s):3452 Order on Motion to Compel, 3464 Generic Order). Fee Amount $255. Appellant Designation due by 8/18/2008. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Greendyke, William) (Entered: 08/07/2008) |
| **Appellant 33** | Dkt. 3509 | Notice of Appeal filed. (related document(s):3452 Order on Motion to Compel, 3464 Generic Order). Fee Amount $255. Appellant Designation due by 8/18/2008. (Winston, Eric) (Entered: 08/07/2008) |

| **Appellant 34** | Dkt. 3510 | Motion for Leave to Appeal. Filed by Creditor Bank of New York Trust Company, N. A. (Attachments: # 1 Proposed Order # 2 Appendix A# 3 Appendix B# 4 Appendix C# 5 Appendix D.1# 6 Appendix D.2# 7 Appendix D.3# 8 Appendix D.4# 9 Appendix D.5# 10 Appendix D.6# 11 Appendix D.7# 12 Appendix D.8# 13 Appendix D.9# 14 Appendix D.10# 15 Appendix D.11# 16 Appendix D.12# 17 Appendix D.13# 18 Appendix E# 19 Appendix F.1# 20 Appendix F.2# 21 Appendix G# 22 Appendix H# 23 Appendix I.1# 24 Appendix I.2# 25 Appendix J# 26 Appendix K# 27 Appendix L# 28 Appendix M# 29 Appendix N# 30 Appendix O.1# 31 Appendix O.2# 32 Appendix P# 33 Appendix Q# 34 Appendix R.1# 35 Appendix R.2# 36 Appendix R.3# 37 Appendix R.4# 38 Appendix S# 39 Appendix T# 40 Appendix U# 41 Appendix V.1# 42 Appendix V.2# 43 Appendix X# 44 Appendix Y.1# 45 Appendix Y.2# 46 Appendix Z.1# 47 Appendix Z.2# 48 Appendix Z.3# 49 Appendix Z.4# 50 Appendix Z.5# 51 Appendix Z.6# 52 Appendix AA# 53 Appendix BB) (Greendyke, William) (Entered: 08/07/2008) |
|---|---|---|
| **Appellant 35** | Dkt. 3511 | Notice of Appeal filed. (related document(s):3464 Generic Order). Fee Amount $255. Appellant Designation due by 8/18/2008. (Gibbs, Charles) (Entered: 08/07/2008) |
| **Appellant 36** | Dkt. 3513 | Notice of Appeal filed. (related document(s):3452 Order on Motion to Compel). Fee Amount $255. Appellant Designation due by 8/18/2008. (Gibbs, Charles) (Entered: 08/07/2008) |
| **Appellant 37** | Dkt. 3516 | Statement Joinder (Filed By Angelo, Gordon & Co, Aurelius Capital Management LP, Davidson Kempner Capital Management LLC ).(Related document(s):3510 Motion for Leave to Appeal,,,, ) (Winston, Eric) (Entered: 08/07/2008) |
| **Appellant 38** | Dkt. 3517 | Motion for Leave to Appeal. Filed by Creditors CSG Investments, Inc. and Affiliates, Scotia Redwood Foundation Inc. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Service List# 6 Proposed Order) (Gibbs, Charles) (Entered: 08/07/2008) |

## **HEARING TRANSCRIPTS**

| **Designation No.** | **Docket No. / Exhibit No.** | **Description** |
|---|---|---|
| **Appellant 39** | | Transcript of July 25, 2008 Hearing |
| **Appellant 40** | | Transcript of July 29, 2008 Hearing |

## ISSUES ON APPEAL

Appellants, pursuant to Bankruptcy Rule 8006, designate the following issues for their appeal of the Enforcement Order and Stipulated Order:

**Issue No. One**   Did the Bankruptcy Court lack jurisdiction to modify the Confirmation Order and the MRC/Marathon Plan because of the pending appeal of its Confirmation Order?

**Issue No. Two**   Did the Bankruptcy Court err by holding in the Enforcement Order that the Confirmation Order modified the definition of "Final Order" in the MRC/Marathon Plan to permit the occurrence of the Effective Date, even though no modification to that defined term was ever proposed by the Plan Proponents or approved by the Bankruptcy Court prior to the appeal of the Confirmation Order?

**Issue No. Three**   Did the Bankruptcy Court err by holding in the Enforcement Order, despite (a) the pendency of an appeal of the confirmation of the MRC/Marathon Plan and (b) the plain language of the MRC/Marathon Plan to the contrary, that the Confirmation Order was a "Final Order" as defined in the MRC/Marathon Plan and, thus, the Effective Date could occur?

**Issue No. Four**   Did the Bankruptcy court err by relying in the Enforcement Order on extrinsic evidence, including what the Court and the Plan Proponents " thought . . . when they confirmed this plan," to interpret the MRC/Marathon Plan in a manner contrary to the plain language of the MRC/Marathon Plan.

**Issue No. Five**   Did the Bankruptcy Court err by entering the Stipulated Order on a contempt motion predicated upon the erroneous and coercive findings and conclusions rendered by the court in its Enforcement Order.

**Issue No. Six**   Did the Bankruptcy Court lack jurisdiction to enter the Enforcement Order and the Stipulated Order?

.

## RESERVATION OF RIGHTS

The Appellants expressly reserve, and do not waive, their right to supplement this Designation and/or to object, or otherwise supplement or move to strike or modify, some or all of the Appellees' Designations.  This filing is made expressly subject to, and without waiver of any and all rights, remedies, challenges and objections.

Dated: August 18, 2008
        Houston, Texas

Respectfully submitted,

**STUTMAN, TREISTER & GLATT P.C.**

By: */s/ Eric D. Winston*
Isaac M. Pachulski (Cal. State Bar No. 62337)
Jeffrey H. Davidson (Cal. State Bar No. 73980)
Eric D. Winston (Cal. State Bar No. 202407)
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone (310) 228-5600
Facsimile (310) 228-5788

**Counsel for Angelo, Gordon & Co., L.P., Aurelius Capital Management, L.P., and Davidson Kempner Capital Management LLC**

**AKIN GUMP STRAUSS HAUER & FELD LLP**

By: */s/ Charles R. Gibbs*
Charles R. Gibbs (Tex. State Bar #07846300)
David F. Staber (Tex. State Bar #18986950)
J. Carl Cecere (Tex. State Bar #24050397)
1700 Pacific Avenue, Suite 4100
Dallas, TX 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343

-and-

Murry B. Cohen (Tex. State Bar #04508500)
1111 Louisiana, 44th Floor
Houston, TX 77002
Telephone: (713) 220-5800
Facsimile: (713) 236-0822
**Attorneys for CSG Investments, Inc. and Scotia Redwood Foundation, Inc.**

**FULBRIGHT & JAWORSKI L.L.P.**

By: */s/ R. Andrew Black*
Zack A. Clement    (SBTX 04361550)
William Greendyke    (SBTX 08390450)
R. Andrew Black    (SBTX 02375110)
Jason L. Boland    (SBTX 24040542)
Mark A. Worden    (SBTX 24042194)
Fulbright Tower
1301 McKinney, Suite 5100
Houston, TX 77010-3095
Telephone: (713) 651-5151
Facsimile: (713) 651-5246

-and-

Toby L. Gerber    (SBTX 07813700)
Louis R. Strubeck, Jr.    (SBTX 12425600)
O. Rey Rodriguez    (SBTX 00791557)
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-2784
Telephone: (214) 855-8000
Facsimile: (214) 855-8200

**Counsel for The Bank of New York Mellon Trust Company N.A., as Indenture Trustee for the Timber Notes**