**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

ENTERED
09/15/2008

| | |
|---|---|
| In re: | ) Jointly Administered |
| | ) |
| SCOTIA DEVELOPMENT LLC, *et al.*,[1] | ) Case No. 07-20027-C-11 |
| | ) |
| Debtors. | ) Chapter 11 |

#2624
+
#3562

**ORDER DISALLOWING CLAIM**
**OF PATRICK LANCELIN (CLAIM NO. 547)**

Upon consideration of the *Motion of PLC Litigation Trust for Summary Judgment Disallowing Claim of Patrick Lancelin (Claim No. 547)* (the "Motion"), filed by Julianne Viadro (the "PLC Litigation Trustee"), on behalf of and as the trustee of the PLC Litigation Trust, pursuant to section 9.2.1 of the *First Amended Joint Plan of Reorganization of the Debtors, as Further Modified, with Technical Modifications*, confirmed by the Court on July 8, 2008 (the "Plan"); and it appearing that the Court has jurisdiction to consider the Motion and the relief requested therein; and due notice of the Motion and the hearing held thereon having been provided to all parties entitled thereto in accordance with the Federal Rules of Bankruptcy Procedure, the Bankruptcy Local Rules, and this Court's orders, and no other or further notice need be given; and hearing having been held before this Court; and the Court having concluded that the relief requested in the Motion is in the best interest of creditors; and upon the proceedings before the Court; and good and sufficient cause appearing therefore, it is

ORDERED that the Motion is granted in full, and it is further

---

[1] The Debtors are the following entities: Scotia Development LLC; The Pacific Lumber Company; Britt Lumber Co., Inc.; Salmon Creek LLC; Scotia Inn, Inc.; and Scotia Pacific Company LLC.

ORDERED that the claim of Patrick Lancelin (Claim No. 547) is disallowed and expunged in its entirety.

Dated: September 15, 2008

UNITED STATES BANKRUPTCY JUDGE