

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

ENTERED
09/24/2008

| | | |
|---|---|---|
| In re: | ) | Jointly Administered |
| | ) | |
| SCOTIA DEVELOPMENT LLC, *et al.*, | ) | Case No. 07-20027-C-11 |
| | ) | |
| Debtors. | ) | Chapter 11 |

### ORDER ON (DOC#3680) CLAIMANT PATRICK LANCELIN'S REQUEST, WITH AN EXHIBIT, FOR RELIEF FROM DEFAULT

The Court has considered Claimant Patrick Lancelin's Request, With An Exhibit, For Relief From Default ("Request"). Julianne Viadro, Trustee of the PLC Litigation Trust ("Trustee") does not oppose that portion of the Request that seeks relief from this Court's order granting her motion for summary judgment on Mr. Lancelin's claim. The Court therefore finds that the Request should be granted as set forth below, and it is, therefore

ORDERED that the Court's Order (Doc# 3650) denying the Claim of Patrick Lancelin, signed on 9/15/2008, is VACATED; further

ORDERED that the following matters are reinstated on the Court's docket:

(Doc # 2624) Objection to Claim Number 547 of Claimant Patrick Lancelin; and
(Doc # 3562) Motion Of PLC Litigation Trust For Summary Judgment Disallowing Claim Of Patrick Lancelin (Claim No. 547) (the "Motion").

FURTHER ORDERED that the Motion is set for hearing on Monday, October 27, 2008, at 2:00 p.m., at 1133 North Shoreline Drive, Corpus Christi, Texas; further

ORDERED that Patrick Lancelin may appear either by telephone or in person at this hearing, which ever he prefers; further

ORDERED that the deadline for Patrick Lancelin to file and serve any response to the Motion, or to file and serve any evidence or affidavits in opposition to the Motion is Friday, October 24, 2008, at 5:00 p.m.

Dated: September 24, 2008

UNITED STATES BANKRUPTCY JUDGE

1