UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PLC LITIGATION TRUST/ | § | Case No.: 07-20027-C-11 |
| SPC LITIGATION TRUST, | § | Jointly Administered |
| | § | |
| Debtors. | § | (Confirmed Chapter 11) |

**ORDER GRANTING SPC LITIGATION TRUSTEE'S OBJECTION
TO CLAIM NUMBER 411 OF BANK OF NOVA SCOTIA**

Upon consideration of the Objection to Claim Number 411 of Bank of Nova Scotia (the "Objection") and it appearing that the Court has jurisdiction to consider the Objection; and due and adequate notice of the Objection and the hearing held thereon having been provided to all parties entitled thereto in accordance with the Federal Rules of Bankruptcy Procedure, the Bankruptcy Local Rules, and this Court's orders, and no other or further notice need be given; and no responses having been filed to the Objection, the Court has concluded that the Objection should be granted, and it is, therefore

ORDERED that the Objection is SUSTAINED; and it is further

ORDERED that Claim No. 411 filed by Bank of Nova Scotia against Scotia Pacific Company, LLC, having been previously been allowed and paid pursuant to section 4.5.1 of the MRC/Marathon Plan, shall receive no distributions from the SPC Litigation Trust.

SIGNED: _____, 2009

_____
UNITED STATES BANKRUPTCY JUDGE