# Exhibit A

to SPC Litigation Trustee's Objection to Claim Number 425 of the Buckeye Conservancy

**Proof of Claim No. 425**

FORM B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS CORPUS CHRISTI DIVISION | Chapter 11 PROOF OF CLAIM | This Space Is For Court Use Only General Bar Date Deadline – 5:00 P.M. Prevailing Eastern Time, July 17, 2007 |
|---|---|---|

Name of Debtor Against Which You Assert Your Claim (check only ONE box – If you have a claim against more than one of the Debtors, you must file a separate proof of claim against each Debtor)

- ☐ SCOTIA DEVELOPMENT LLC – Case No. 07-20027-C-11
- ☑ THE PACIFIC LUMBER COMPANY – Case No. 07-20028-C-11
- ☐ BRITT LUMBER CO., INC. – Case No. 07-20029-C-11
- ☐ SALMON CREEK LLC – Case No. 07-20030-C-11
- ☐ SCOTIA INN INC. – Case No. 07-20031-C-11
- ☐ SCOTIA PACIFIC COMPANY LLC – Case No. 07-20032-C-11

Your Claim is Scheduled As Follows

Debtor
SCOTIA PACIFIC COMPANY, LLC
Classification
Unsecured Non-Priority Claim
Scheduled Amount
~~$1,325.00~~
**$4706.74**

DEBTOR SCOTIA DEVELOPMENT, LLC
FILED U S B C S D - TX
CASE NO 07-20027 THRU 07-20032
**CLAIM NO.: 425**

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U S C § 503

A. Name and Address of Creditor (The person or entity to whom the debtor owes money or property)

Creditor ID SCO-261-B1-01
BUCKEYE CONSERVANCY
ATTN JOHANNA RODONI
PO BOX 5607
EUREKA CA 95502

707-822-3124
Telephone Number of Creditor

Fax Number of Creditor

(If your address has changed or is incorrect as it appears in Item A, please provide corrections)

If an amount is identified above you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the Debtors, you do not need to file this proof of claim EXCEPT AS FOLLOWS. If the amount shown is listed above as DISPUTED, UNLIQUIDATED OR CONTINGENT, a proof of claim MUST be filed in order for you to receive any distribution on account of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim.

B. Name and address of person to whom notices must be served, if different from above (Check box if) ☐ replaces address above ☐ additional address

Name _____
Company/Firm _____
Address _____
_____
Phone _____ Fax _____

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars
☐ Check box if you have never received any notices from the bankruptcy court in this case

Last four digits of account or other number by which creditor identifies debtor

Check here ☐ replaces
if this claim ☐ amends a previously filed claim, dated _____

| 1 Basis For Claim | | |
|---|---|---|
| ☐ Goods sold to debtor(s) | ☐ Taxes | ☐ Retiree benefits as defined in 11 U S C § 1114(a) |
| ☑ Services performed for debtor(s) | ☐ Severance agreement | ☐ Wages, salaries and compensation (fill out below) |
| ☐ Goods purchased from debtor(s) | ☐ Refund | Last four digits of SS# _____ |
| ☐ Money loaned | ☐ Real property lease | Unpaid compensation for services performed |
| ☐ Personal injury/property damage | ☐ Personal property lease | from _____ to _____ |
| ☐ Other _____ | ☐ Other contract _____ | (date) (date) |

2 Date debt was incurred: _____
3 If court judgment, date obtained _____

4 Classification of Claim. Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case was filed. See reverse side for important explanations

Unsecured Nonpriority Claim $ **4706.74**
☑ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

Secured Claim
☐ Check this box if your claim is secured by collateral (including a right of setoff)
Brief Descript of Collateral
☐ Real Estate ☐ Motor Vehicle ☐ Other _____
Value of Collateral $ _____
Amount of arrearage and other charges at time case filed included in secured claim, if any $ _____

Unsecured Priority Claim
☐ Check this box if you have an unsecured priority claim, all or part of which is entitled to priority
Amount entitled to priority $ _____
Specify the priority of the claim
☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)
☐ Wages, salaries, or commissions (up to $10,000), *earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U S C § 507(a)(4)
☐ Contributions to an employee benefit plan – 11 U S C § 507(a)(5)

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U S C § 507(a)(7)
☐ Taxes or penalties owed to governmental units – 11 U S C § 507(a)(8)
☐ Other – Specify applicable paragraph of 11 U S C § 507(a)(___)
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

5 Total Amount of Claim at Time Case Filed $ **$4706.74** $ _____ $ _____ _____
(unsecured) (secured) (priority) (Total)

☐ Check this box if your claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges

6 Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim
7 Supporting Documents: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary
8 Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed return envelope and copy of this proof of claim

This Space Is For Court Use Only

Date: 7/9/07

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and receive notice

Print **Johanna Rodoni** Title **Exec. Director**
Signature **Johanna Rodoni**

2007 JUL 13 RECEIVED LOGAN & COMPANY, INC.

Penalty for presenting fraudulent claim. Fine of up to $500,000 or imprisonment for up to five years, or both 18 U S C §§ 152 and 3571

# The Buckeye Conservancy



*Preserving open space through family stewardship
of natural resources In Humboldt County.*

P.O. Box 5607
Eureka, CA 95502
Phone 707-786-9662  Fax 707-786-9680

DATE: June 26, 2007

**Bill To:**
PALCO
The Pacific Lumber Company
P.O. Box 37
Scotia, CA 95565

RE: Elk River Feasability Study

| DESCRIPTION | AMOUNT |
|---|---|
| The Henderson Group – consultation work – Inv. # 119– 12/2/2006 – past due | 1325 00 |
| The Henderson Group – consultation work – Inv. # 129 – 1/22/2007 | 420.00 |
| The Buckeye Conservancy – 10% of project cost from 9/6/2005-1/17/2007 based on agreement. | 2961.74 |
| TOTAL | $4706.74 |

Make all checks payable to **The Buckeye Conservancy**
If you have any questions concerning this invoice, contact:
Johanna Rodoni, Executive Director @ 786-9662 or email *buckeye@humboldt1.com*