# Exhibit A

to SPC Litigation Trustee's Motion to Disallow Claims, Correct Claims Register and Deem Schedules Amended (State of California Equalization Board Claim No. 612)

**Proof of Claim No. 612**

FORM B10 (Official Form 10) (12/03)

| U. S. BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS (CORPUS CHRISTI) | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor<br>SCOTIA PACIFIC COMPANY, LLC | Case Number<br>07-20032 | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C § 503

| Name of Creditor (The person or other entity to whom the debtor owes money or property)<br>STATE BOARD OF EQUALIZATION    *8920* | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars<br>☐ Check box if you have never received any notices from the bankruptcy court in this case<br>☒ Check box if the address differs from the address on the envelope sent to you by the court | DEBTOR: SCOTIA DEVELOPMENT, LLC<br>FILED U.S B C S.D - TX<br>CASE NO. 07-20027 THRU 07-20032<br>CLAIM NO.: 612 |
|---|---|---|
| Name and address where notices should be sent<br>STATE BOARD OF EQUALIZATION<br>SPECIAL PROCEDURES SECTION, MIC:55<br>PO BOX 942879<br>SACRAMENTO CA 94279-0055<br><br>Telephone (916) 445-1122    FAX (916) 327-0615 | | THIS SPACE IS FOR COURT USE ONLY |
| Account or other number by which creditor identifies debtor<br>SR JH 97-847199; YT-132359 | Check here<br>if this claim ☐ replaces ☐ amends a previously filed claim, dated | |

**1. Basis for Claim**
☐ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☒ Taxes
☐ Other (specify)

☐ Retiree benefits as defined in 11 U.S.C § 1114(a)
☐ Wages, salaries, and compensation (fill out below)

Last four digits of SS #. _____
Unpaid compensation for services performed
from _____ to _____
(date)        (date)

**2. Date(s) debt incurred:** (AS SHOWN ON DATA SUMMARY ATTACHMENT)

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ _____  _____  506,787.85  506,787.85
(unsecured)  (secured)  (priority)  (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle
☐ Other _____
Value of Collateral: $ _____
Amount of arrearage and other charges at time case filed included in secured claim, if any $ _____

**6. Unsecured Nonpriority Claim** $ _____
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☒ Check this box if you have an unsecured priority claim
Amount entitled to priority $ **506,787.85**
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,650),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U S.C. §507(a)(3)
☐ Contributions to an employee benefit plan – 11 U S C § 507(a)(4).
☐ Up to $2,100* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U S C § 507(a)(6)
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C 507(a)(7)
☒ Taxes or penalties owed to governmental units – 11 U S C § 507(a)(8)
☐ Other – Specify applicable paragraph of 11 U S C § 507(a)(2).
*Amounts are subject to adjustment on 4/1/04 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**7. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgements, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

RECEIVED 2007 AUG 17 AM 10: 12 LOGAN & COMPANY, INC

| Date<br>AUGUST 15, 2007 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): **State Board of Equalization, by** [signature] **J. R. WILLIAMS, Authorized Representative** |
|---|---|

Penalty for presenting fraudulent claim. Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U S C §§ 152 and 3571

SH

## DATA SUMMARY ATTACHMENT FOR PROOF OF CLAIM OF STATE BOARD OF EQUALIZATION

| Debtor | Case Number | Claim Dated |
|---|---|---|
| SCOTIA PACIFIC COMPANY, LLC | 07-20032 | AUGUST 15, 2007 |

| Account Number | Petition Date | Chapter |
|---|---|---|
| SR JH 97-847199; YT-132359 | 01/18/07 | 11 |

### SUMMARY OF LIABILITY STATEMENT

| CLAIM CLASS | TAX PROGRAM OR REASON | DEBT PERIOD | TAX | INTEREST (calculated to petition or conversion date) | PENALTY | TOTAL |
|---|---|---|---|---|---|---|
| P | 1 | 10/16/06 - 12/31/06 | 609.00 | | | 609.00 |
| P | 2 | 10/1/06 - 1/17/07 | 506,178.85 | | | 506,178.85 |
| | | - | | | | |
| | | - | | | | |
| | | - | | | | |
| | | - | | | | |
| | | - | | | | |
| | | - | | | | |
| | | - | | | | |
| TOTALS | | | 506,787.85 | | | 506,787.85 |

**LEGEND**
**CLAIM CLASS**
S  -  Secured
P  -  Unsecured Priority - 11 USC 507(a)(8)
G  -  Unsecured NON priority (General)
GAP  -  "Gap" Claim -- 11 USC 507(a)(2)
1305  -  11 USC 1305

**TAX PROGRAM OR REASON**
1  SALES AND USE TAX PROGRAM
2  TIMBER TAXES
3
4.
5.
6.

### SUMMARY OF TAX LIENS

| LIEN CERTIFICATE | DATE RECORDED | COUNTY OR RECORDING AUTHORITY | RECORDING INFORMATION (Document/Instrument #, or Book/Page) | AMOUNT |
|---|---|---|---|---|
| BE | | | | |

The foregoing liens were recorded pursuant to Section 6757 of the California Revenue and Taxation Code and to the extent there is any real or personal property to which the liens created by such recording attach, the amount of the claim in said certificates constitutes a secured claim.

### SUPPLEMENTAL CLAIM PURSUANT TO USC 11 § 726(a)(4) and (5)

In addition to the claim to which this page is attached, the Board of Equalization asserts the following supplemental Chapter 7 claim, pursuant to the noted code sections:

| | | |
|---|---|---|
| USC 11 § 726(a)(4) | $ | 0.00 |
| USC 11 § 726(a)(5) | | 0.00 |
| Total Supplemental Claim | $ | 0.00 |