# Exhibit A

to SPC Litigation Trustee's Objection to Claim Number 624 of David Lemm

**Proof of Claim No. 624**

FORM B 10 (Official Form 10) (04/05)

| UNITED STATES BANKRUPTCY COURT<br>FOR THE SOUTHERN DISTRICT OF TEXAS<br>CORPUS CHRISTI DIVISION | Chapter 11<br>PROOF OF CLAIM | This Space Is For Court Use Only<br>Supplemental Bar Date – 5 00 P.M.<br>Prevailing Eastern Time, September 5, 2007 |

**Name of Debtor Against Which You Assert Your Claim** (check only ONE box – If you have a claim against more than one of the Debtors, you must file a separate proof of claim against each Debtor)
- ☐ SCOTIA DEVELOPMENT LLC – Case No. 07-20027-C-11
- ☐ THE PACIFIC LUMBER COMPANY – Case No. 07-20028-C-11
- ☐ BRITT LUMBER CO., INC. – Case No. 07-20029-C-11
- ☐ SALMON CREEK LLC – Case No. 07-20030-C-11
- ☐ SCOTIA INN INC. – Case No. 07-20031-C-11
- ☒ SCOTIA PACIFIC COMPANY LLC – Case No. 07-20032-C-11

Your Claim is Scheduled As Follows

NOTE. This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U S C § 503

DEBTOR SCOTIA DEVELOPMENT, LLC
FILED U S B C S D - TX
CASE NO 07-20027 THRU 07-20032

**CLAIM NO.: 624**

A Name and Address of Creditor (The person or entity to whom the debtor owes money or property)

Creditor ID SCO-36534-BD-24
DAVID LEMM
P O BOX 9066
EUREKA CA 95502-9066

Telephone Number of Creditor: 707-445-1307
Fax Number of Creditor: 707-441-1835

(If your address has changed or is incorrect as it appears in Item A please provide corrections)

If an amount is identified above you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the Debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS If the amount shown is listed above as DISPUTED, UNLIQUIDATED OR CONTINGENT, a proof of claim MUST be filed in order for you to receive any distribution on account of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim

B Name and address of person to whom notices must be served, if different from above (Check box if) ☐ replaces address above ☐ additional address

Name _____
Company/Firm _____
Address _____
Phone _____ Fax _____

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim Attach a copy of statement giving particulars
☐ Check box if you have never received any notices from the bankruptcy court in this case

Last four digits of account or other number by which creditor identifies debtor

Check here ☐ replaces ☐ amends a previously filed claim dated _____
if this claim

**1 Basis For Claim**
- ☐ Goods sold to debtor(s)
- ☐ Services performed for debtor(s)
- ☐ Goods purchased from debtor(s)
- ☐ Money loaned
- ☐ Personal injury/property damage
- ☐ Other
- ☐ Taxes
- ☐ Severance agreement
- ☐ Refund
- ☐ Real property lease
- ☐ Personal property lease
- ☒ Other contract
- ☐ Retiree benefits as defined in 11 U S C § 1114(a)
- ☐ Wages salaries and compensation (fill out below)
  Last four digits of SS#_____
  Unpaid compensation for services performed
  from _____ to _____
       (date)        (date)

**2 Date debt was incurred** June 2002 Modified in Oct. 2006

**3 If court judgment, date obtained**

**4 Classification of Claim** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case was filed
See reverse side for important explanations

**Unsecured Nonpriority Claim** $ 200,000
☐ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it or if c) none or only part of your claim is entitled to priority

**Unsecured Priority Claim**
☐ Check this box if you have an unsecured priority claim, all or part of which is entitled to priority
Amount entitled to priority $ _____
Specify the priority of the claim
☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)
☐ Wages, salaries, or commissions (up to $10 000), *earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business whichever is earlier – 11 U S C § 507(a)(4)
☐ Contributions to an employee benefit plan 11 U S C § 507(a)(5)

**Secured Claim**
☐ Check this box if your claim is secured by collateral (including a right of setoff)
Brief Descript of Collateral
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of Collateral $ _____
Amount of arrearage and other charges at time case filed included in secured claim if any $ _____

☐ Up to $2 225* of deposits toward purchase, lease or rental of property or services for personal, family or household use – 11 U S C § 507(a)(7)
☐ Taxes or penalties owed to governmental units – 11 U S C § 507(a)(8)
☐ Other – Specify applicable paragraph of 11 U S C § 507(a)(___)
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**5 Total Amount of Claim at Time Case Filed**
$ 200,000 (unsecured)   $ _____ (secured)   $ _____ (priority)   $ 200,000 (Total)

☐ Check this box if your claim includes interest or other charges in addition to the principal amount of the claim Attach itemized statement of all interest or additional charges

**6 Credits** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**7 Supporting Documents** Attach copies of supporting documents such as promissory notes purchase orders invoices itemized statements of running accounts contracts court judgments mortgages security agreements and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain If the documents are voluminous, attach a summary

**8 Date-Stamped Copy** To receive an acknowledgment of the filing of your claim enclose a stamped self-addressed return envelope and copy of this proof of claim

This Space Is For Court Use Only

RECEIVED 2007 SEP -4 PM 2:22 LUCHIE & COMPANY INC

| Date | Sign and print the name and title if any of the creditor or other person authorized to file this claim (attach copy of power of attorney if any) and receive notice |
|---|---|
|  | Print _____ Title _____ Signature _____ |

Penalty for presenting fraudulent claim Fine of up to $500 000 or imprisonment for up to five years or both 18 U S C §§ 152 and 3571

## ADDENDUM

Item 7:

Supporting Documents/Summary: In 2002, the parties entered into numerous oral and then written memorialization of agreements relative to the sale by Debtor to Creditor of approximately 5 acres of real property for $65,000.00. When Debtor refused to eventually consummate the transaction and sell the property to Creditor, Creditor was forced in June 2002, to file a Complaint for, among other things, specific performance and breach of contract. Several months later, based upon other litigation Debtor had with others in the community, Debtor represented to Creditor that if Creditor were to dismiss the litigation, Debtor then would finalize the transaction for the sale of the property, and if it was unavailable, due to litigation, it would then sell comparable other real property to Creditor. Thereafter, Debtor again breached its agreement to the sell the property, but then thereafter entered bankruptcy protection. Contemporaneous written letters and memoranda memorializing discussions and agreements relative to the agreement, and modifications thereto; lawsuit, Notice of Lis Pendens, etc., filed in the Superior Court litigation, Humboldt County Superior Court.