# Exhibit A

to SPC Litigation Trustee's Objection to Claim Numbers 439, 441 and 444 of the MAXXAM Entities

**Proof of Claim No. 439**

B 10 (Official Form 10) (04/07)

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor<br>Scotia Pacific Company LLC | Case Number<br>07-20032-C-11 | |

NOTE This form should not be used to make a claim for an administrative expense arising after the commencement of the case "request" for payment of an administrative expense may be filed pursuant to 11 U S C § 503

DEBTOR SCOTIA DEVELOPMENT, LLC
FILED US BCSD - TX
CASE NO 07-20027 THRU 07-20032
CLAIM NO.: 439

| Name of Creditor (The person or other entity to whom the debtor owes money or property)<br>MAXXAM Group Inc       5671 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim Attach copy of statement giving particulars |
|---|---|
| Name and address where notices should be sent<br>Joli Pecht<br>MAXXAM Group Inc.<br>1330 Post Oak, Suite 2000, Houston, TX 77056<br>Telephone number (713) 975-7600 | ☐ Check box if you have never received any notices from the bankruptcy court in this case<br><br>☐ Check box if the address differs from the address on the envelope sent to you by the court |
| Last four digits of account or other number by which creditor identifies debtor | Check here ☐ replaces<br>if this claim ☐ amends a previously filed claim, dated _____ |

THIS SPACE IS FOR COURT USE ONLY

1. Basis for Claim
   - ☐ Goods sold
   - ☐ Services performed
   - ☐ Money loaned
   - ☐ Personal injury/wrongful death
   - ☐ Taxes
   - ☐ Retiree benefits as defined in 11 U S C § 1114(a)
   - ☑ Other  See Attachment
   - ☐ Wages, salaries, and compensation (fill out below)
     Last four digits of your SS # ____
     Unpaid compensation for services performed
     From _____ to _____
         (date)      (date)

2. Date debt was incurred.  See Attmt

3. If court judgment, date obtained

4. Classification of Claim  Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time the case was filed
   See reverse side for important explanations

   Unsecured Nonpriority Claim  $ __See Attachment__

   ☐ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or c) none or only part of your claim is entitled to priority

   Secured Claim
   ☐ Check this box if your claim is secured by collateral (including a right of setoff)

   Brief Description of Collateral
   ☐ Real Estate     ☐ Other _____
   ☐ Motor Vehicle

   Value of Collateral   $ _____

   Unsecured Priority Claim
   ☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority

   Amount entitled to priority  $ _____

   Amount of arrearage and other charges at time case filed included in secured claim, if any  $ _____

   Specify the priority of the claim
   ☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)
   ☐ Wages, salaries, or commissions (up to $10,950),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U S C § 507(a)(4)
   ☐ Contributions to an employee benefit plan - 11 U S C § 507(a)(5)

   ☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U S C § 507(a)(7)
   ☐ Taxes or penalties owed to governmental units - 11 U S C § 507(a)(8)
   ☐ Other – Specify applicable paragraph of 11 U S C § 507(a)(__)

   *Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

5. Total Amount of Claim at Time Case Filed  $ __See Attmt__ _____ _____ __See Attmt__
                                                  (unsecured)  (secured)  (priority)    (total)
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim  Attach itemized statement of all interest or additional charges

6. Credits  The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

7. Supporting Documents  Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien  DO NOT SEND ORIGINAL DOCUMENTS  If the documents are not available, explain  If the documents are voluminous, attach a summary

8. Date-Stamped Copy  To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

THIS SPACE IS FOR COURT USE ONLY

Date  7/12/07

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)

_____ Joli B. Pecht, Assistant General Counsel

RECEIVED 2007 JUL 13 AM 9:47 LOGAN & COMPANY INC

Penalty for presenting fraudulent claim  Fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U S C §§ 152 and 3571

## ATTACHMENT TO PROOF OF CLAIM

MAXXAM Group Inc. ("Claimant"), in support of its proof of claim ("Proof of Claim") against Scotia Pacific Company LLC (the "Debtor"), represents as follows

1.  Claimant has contingent claims (together, the "Claim") against the Debtor for contribution, indemnity, and/or reimbursement for any liability that may be imposed on, and professional fees and costs incurred by, Claimant in connection with the lawsuits listed below (the "Lawsuits"), in which Claimant is a co-defendant with the Debtor

> *Johnson et al v Hurwitz et al*, No DR040720, filed in the Humboldt County Superior Court on October 13, 2005.
>
> *Cave et al. v Clark et al.*, No DR020718, filed in the Humboldt County Superior Court on November 20, 2002.
>
> *Cook et al v. Clark et al*, No DR020719, filed in the Humboldt County Superior Court on November 20, 2002

2.  Claimant does not admit any liability in the Lawsuits or any of the allegations made by plaintiffs in the Lawsuits.

3.  No judgment has been rendered on these Claims.

4.  Claimant reserves the right to amend or supplement this Proof of Claim as may be necessary or appropriate

5.  This Proof of Claim is filed without waiver of any rights which Claimant may have against the Debtor or any related persons or entities

HOU 2708799 1



600 Travis, Suite 4200
Houston, Texas 77002
713 220 4200 Phone
713 220 4285 Fax
andrewskurth com

Basil Umari
713 220 3831 Phone
713 238 7325 Fax
basilumari@andrewskurth com

July 12, 2007

*VIA FEDERAL EXPRESS OVERNIGHT*
Logan & Company, Inc ,
Attn  Scotia Claims Processing Department
546 Valley Road
Upper Montclair, New Jersey 07043

    Re    *In re  The Pacific Lumber Company, Case No  07-20028-C-11, In the United States Bankruptcy Court for the Southern District of Texas,*
*In re  Scotia Pacific Company LLC, Case No  07-20032-C-11, In the United States Bankruptcy Court for the Southern District of Texas,*
*In re  Salmon Creek LLC, Case No  07-20030-C-11, In the United States Bankruptcy Court for the Southern District of Texas*

Dear Sir/Madam:

Enclosed is an original and one copy of the following proofs of claim

1. Proof of Claim of MAXXAM Inc  against The Pacific Lumber Company ,

2. Proof of Claim of MAXXAM Inc  against Scotia Pacific Company LLC,

3. Proof of Claim of MAXXAM Inc  against Salmon Creek LLC,

4. Proof of Claim of MAXXAM Group Inc  against The Pacific Lumber Company,

5. Proof of Claim of MAXXAM Group Inc  against Scotia Pacific Company LLC

6. Proof of Claim of MAXXAM Group Holdings Inc  against The Pacific Lumber Company, and

7. Proof of Claim of MAXXAM Group Holdings Inc  against Scotia Pacific Company LLC

Logan & Company, Inc ,
Attn Scotia Claims Processing Department
July 12, 2007
Page 2

    Please return the filed-stamped copies in the enclosed FedEx envelope

    If you have any questions, please contact me at (713) 220-3831

Very truly yours,

*Basil A Umari*

Basil A Umari

Enclosures

# Exhibit B

to SPC Litigation Trustee's Objection to Claim Numbers 439, 441 and 444 of the MAXXAM Entities

**Proof of Claim No. 441**

B 10 (Official Form 10) (04/07)

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS | PROOF OF CLAIM |
|---|---|

| Name of Debtor Scotia Pacific Company LLC | Case Number 07-20032-C-11 |
|---|---|

NOTE This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U S C § 503

DEBTOR SCOTIA DEVELOPMENT, LLC
FILED IN BCSD - TX
07-20027 THRU 07-20032
CLAIM NO.: 441

| Name of Creditor (The person or other entity to whom the debtor owes money or property) MAXXAM Inc.     7727 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim  Attach copy of statement giving particulars |
|---|---|
| Name and address where notices should be sent: Joli Pecht MAXXAM Inc 1330 Post Oak, Suite 2000, Houston, TX 77056 Telephone number  (713) 975-7600 | ☐ Check box if you have never received any notices from the bankruptcy court in this case ☐ Check box if the address differs from the address on the envelope sent to you by the court. |

THIS SPACE IS FOR COURT USE ONLY

| Last four digits of account or other number by which creditor identifies debtor | Check here  ☐ replaces if this claim  ☐ amends   a previously filed claim, dated _____ |
|---|---|

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Retiree benefits as defined in 11 U S C § 1114(a)
- ☑ Other  See Attachment
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of your SS # ___
  Unpaid compensation for services performed
  From _____ to _____
  (date)            (date)

**2  Date debt was incurred**   See Attmt

**3. If court judgment, date obtained:**

**4 Classification of Claim** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time the case was filed
See reverse side for important explanations

Unsecured Nonpriority Claim $___See Attachment___

☐ Check this box if  a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or c) none or only part of your claim is entitled to priority

**Unsecured Priority Claim**

☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority

Amount entitled to priority  $_____

Specify the priority of the claim

☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)

☐ Wages, salaries, or commissions (up to $10,950),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U S C § 507(a)(4)

☐ Contributions to an employee benefit plan - 11 U S C § 507(a)(5)

**Secured Claim**

☐ Check this box if your claim is secured by collateral (including a right of setoff)

Brief Description of Collateral
☐ Real Estate      ☐ Other_____
☐ Motor Vehicle

Value of Collateral  $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any $_____

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U S C § 507(a)(7)

☐ Taxes or penalties owed to governmental units - 11 U S C § 507(a)(8)

☐ Other – Specify applicable paragraph of 11 U S C § 507(a)(__)

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**5  Total Amount of Claim at Time Case Filed.**    $ See Attmt _____ _____ _____ See Attmt
              (unsecured)  (secured)  (priority)  (total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim  Attach itemized statement of all interest or additional charges

**6.  Credits**  The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**7  Supporting Documents:**  *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien  DO NOT SEND ORIGINAL DOCUMENTS  If the documents are not available, explain  If the documents are voluminous, attach a summary

**8.  Date-Stamped Copy:**  To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

THIS SPACE IS FOR COURT USE ONLY

RECEIVED 2007 JUL 13 AM 9:45 LOGAN & COMPANY INC

| Date 7/12/07 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) [signature] Joli B. Pecht, Assistant General Counsel |
|---|---|

*Penalty for presenting fraudulent claim*  Fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U S C §§ 152 and 3571

## ATTACHMENT TO PROOF OF CLAIM

MAXXAM Inc. ("Claimant"), in support of its proof of claim ("Proof of Claim") against Scotia Pacific Company LLC (the "Debtor"), represents as follows

1    Claimant, in addition to its scheduled claim in the amount of $296,407 27, has contingent claims (together, the "Claim") against the Debtor for contribution, indemnity, and/or reimbursement for any liability that may be imposed on, and professional fees and costs incurred by, Claimant in connection with the lawsuits listed below (the "Lawsuits"), in which Claimant is a co-defendant with the Debtor

*California ex rel. Wilson v MAXXAM Inc et al*, No. CGC-06-458528, filed in the Superior Court of the State of California, City and County of San Francisco

*U S ex rel Wilson v MAXXAM Inc*, Case No 06-CV-7497-CW, filed in the United States District Court for the Northern District of California.

*Johnson et al v Hurwitz et al*, No DR040720, filed in the Humboldt County Superior Court on October 13, 2005

*Cave et al v Clark et al*, No DR020718, filed in the Humboldt County Superior Court on November 20, 2002

*Cook et al v Clark et al*, No DR020719, filed in the Humboldt County Superior Court on November 20, 2002.

2    Claimant does not admit any liability in the Lawsuits or any of the allegations made by plaintiffs in the Lawsuits

3    No judgment has been rendered on these Claims

4    Claimant reserves the right to amend or supplement this Proof of Claim as may be necessary or appropriate

5    This Proof of Claim is filed without waiver of any rights which Claimant may have against the Debtor or any related persons or entities



**ANDREWS**
ATTORNEYS **KURTH** LLP

600 Travis, Suite 4200
Houston, Texas 77002
713 220 4200 Phone
713 220 4285 Fax
andrewskurth com

Basil Umari
713 220 3831 Phone
713 238 7325 Fax
basilumari@andrewskurth com

July 12, 2007

*VIA FEDERAL EXPRESS OVERNIGHT*
Logan & Company, Inc ,
Attn: Scotia Claims Processing Department
546 Valley Road
Upper Montclair, New Jersey 07043

  Re *In re The Pacific Lumber Company, Case No 07-20028-C-11, In the United States Bankruptcy Court for the Southern District of Texas,*
*In re Scotia Pacific Company LLC, Case No 07-20032-C-11, In the United States Bankruptcy Court for the Southern District of Texas,*
*In re Salmon Creek LLC, Case No 07-20030-C-11, In the United States Bankruptcy Court for the Southern District of Texas*

Dear Sir/Madam

  Enclosed is an original and one copy of the following proofs of claim

  1 Proof of Claim of MAXXAM Inc against The Pacific Lumber Company,

  2. Proof of Claim of MAXXAM Inc against Scotia Pacific Company LLC,

  3 Proof of Claim of MAXXAM Inc against Salmon Creek LLC,

  4 Proof of Claim of MAXXAM Group Inc against The Pacific Lumber Company,

  5. Proof of Claim of MAXXAM Group Inc against Scotia Pacific Company LLC

  6 Proof of Claim of MAXXAM Group Holdings Inc against The Pacific Lumber Company, and

  7 Proof of Claim of MAXXAM Group Holdings Inc against Scotia Pacific Company LLC

Logan & Company, Inc ,
Attn. Scotia Claims Processing Department
July 12, 2007
Page 2

Please return the filed-stamped copies in the enclosed FedEx envelope

If you have any questions, please contact me at (713) 220-3831

                                        Very truly yours,

                                        Basil A  Umari

Enclosures

HOU 2710721 1

# Exhibit C

to SPC Litigation Trustee's Objection to Claim Numbers 439, 441 and 444 of the MAXXAM Entities

**Proof of Claim No. 444**

B 10 (Official Form 10) (04/07)

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS | PROOF OF CLAIM |
|---|---|

| Name of Debtor<br>Scotia Pacific Company LLC | Case Number<br>07-20032-C-11 | DEBTOR SCOTIA DEVELOPMENT, LLC |
|---|---|---|

NOTE This form should not be used to make a claim for an administrative expense arising after the commencement of the case "request" for payment of an administrative expense may be filed pursuant to 11 U S C § 503

FILED USBCSD - TX
CASE NO 07-20027 THRU 07-20032

| Name of Creditor (The person or other entity to whom the debtor owes money or property)<br>MAXXAM Group Holdings Inc   8998 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars | CLAIM NO.: 444 |
|---|---|---|
| Name and address where notices should be sent<br>Joli Pecht<br>MAXXAM Group Holdings Inc<br>1330 Post Oak, Suite 2000, Houston, TX 77056<br>Telephone number   (713) 975-7600 | ☐ Check box if you have never received any notices from the bankruptcy court in this case<br><br>☐ Check box if the address differs from the address on the envelope sent to you by the court | THIS SPACE IS FOR COURT USE ONLY |
| Last four digits of account or other number by which creditor identifies debtor | Check here   ☐ replaces<br>if this claim  ☐ amends      a previously filed claim, dated _____ | |

| 1. Basis for Claim<br>☐ Goods sold<br>☐ Services performed<br>☐ Money loaned | ☐ Personal injury/wrongful death<br>☐ Taxes<br>☐ Retiree benefits as defined in 11 U S C § 1114(a)<br>✓ Other   See Attachment | ☐ Wages, salaries, and compensation (fill out below)<br>Last four digits of your SS # ____<br>Unpaid compensation for services performed<br>From _____ to _____<br>(date)         (date) |
|---|---|---|

| 2  Date debt was incurred·  See Attmt. | 3   If court judgment, date obtained. |
|---|---|

4. Classification of Claim. Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time the case was filed
See reverse side for important explanations

| Unsecured Nonpriority Claim $ See Attachment<br><br>☐ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or c) none or only part of your claim is entitled to priority | Secured Claim<br><br>☐   Check this box if your claim is secured by collateral (including a right of setoff)<br><br>Brief Description of Collateral<br>☐ Real Estate         ☐ Other_____<br>☐ Motor Vehicle<br><br>Value of Collateral   $ _____ |
|---|---|
| Unsecured Priority Claim<br><br>☐   Check this box if you have an unsecured claim, all or part of which is entitled to priority<br><br>Amount entitled to priority $ _____ | Amount of arrearage and other charges at time case filed included in secured claim, if any  $ _____ |
| Specify the priority of the claim<br><br>☐  Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)<br><br>☐  Wages, salaries, or commissions (up to $10,950),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U S C § 507(a)(4)<br><br>☐  Contributions to an employee benefit plan - 11 U S C § 507(a)(5) | ☐  Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U S C § 507(a)(7)<br><br>☐  Taxes or penalties owed to governmental units - 11 U S C § 507(a)(8)<br><br>☐  Other – Specify applicable paragraph of 11 U S C § 507(a)(__)<br><br>*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment |

5   Total Amount of Claim at Time Case Filed.    $ See Attmt                                                           See Attmt
                                                    (unsecured)   (secured)   (priority)   (total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim  Attach itemized statement of all interest or additional charges

| 6   Credits   The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim<br><br>7. Supporting Documents: *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien  DO NOT SEND ORIGINAL DOCUMENTS  If the documents are not available, explain  If the documents are voluminous, attach a summary<br><br>8.  Date-Stamped Copy   To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

| Date<br>7/12/07 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)<br><br>[signature]   Joli B. Pecht, Assistant General Counsel |
|---|---|

*Penalty for presenting fraudulent claim*  Fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U S C §§ 152 and 3571

RECEIVED 2007 JUL 13 AM 9:49 LUGAH & COMPANY, INC

## ATTACHMENT TO PROOF OF CLAIM

MAXXAM Group Holdings Inc ("Claimant"), in support of its proof of claim ("Proof of Claim") against Scotia Pacific Company LLC (the "Debtor"), represents as follows:

1. Claimant has contingent claims (together, the "Claim") against the Debtor for contribution, indemnity, and/or reimbursement for any liability that may be imposed on, and professional fees and costs incurred by, Claimant in connection with the lawsuits listed below (the "Lawsuits"), in which Claimant is a co-defendant with the Debtor:

> *Johnson et al v Hurwitz et al*, No DR040720, filed in the Humboldt County Superior Court on October 13, 2005.
>
> *Cave et al v Clark et al*, No DR020718, filed in the Humboldt County Superior Court on November 20, 2002.
>
> *Cook et al v Clark et al*, No DR020719, filed in the Humboldt County Superior Court on November 20, 2002

2. Claimant does not admit any liability in the Lawsuits or any of the allegations made by plaintiffs in the Lawsuits

3. No judgment has been rendered on these Claims.

4. Claimant reserves the right to amend or supplement this Proof of Claim as may be necessary or appropriate.

5. This Proof of Claim is filed without waiver of any rights which Claimant may have against the Debtor or any related persons or entities.

HOU 2708578 1


ANDREWS
ATTORNEYS KURTH LLP

600 Travis, Suite 4200
Houston, Texas 77002
713 220 4200 Phone
713 220 4285 Fax
andrewskurth com

Basil Umari
713 220 3831 Phone
713 238 7325 Fax
basilumari@andrewskurth com

July 12, 2007

*VIA FEDERAL EXPRESS OVERNIGHT*
Logan & Company, Inc.,
Attn Scotia Claims Processing Department
546 Valley Road
Upper Montclair, New Jersey 07043

    Re    *In re The Pacific Lumber Company, Case No 07-20028-C-11, In the United States Bankruptcy Court for the Southern District of Texas,*
*In re Scotia Pacific Company LLC, Case No 07-20032-C-11, In the United States Bankruptcy Court for the Southern District of Texas,*
*In re Salmon Creek LLC, Case No 07-20030-C-11, In the United States Bankruptcy Court for the Southern District of Texas*

Dear Sir/Madam

    Enclosed is an original and one copy of the following proofs of claim

1. Proof of Claim of MAXXAM Inc against The Pacific Lumber Company,

2. Proof of Claim of MAXXAM Inc against Scotia Pacific Company LLC,

3. Proof of Claim of MAXXAM Inc against Salmon Creek LLC,

4. Proof of Claim of MAXXAM Group Inc against The Pacific Lumber Company,

5. Proof of Claim of MAXXAM Group Inc against Scotia Pacific Company LLC

6. Proof of Claim of MAXXAM Group Holdings Inc against The Pacific Lumber Company, and

7. Proof of Claim of MAXXAM Group Holdings Inc against Scotia Pacific Company LLC

Logan & Company, Inc ,
Attn Scotia Claims Processing Department
July 12, 2007
Page 2

Please return the filed-stamped copies in the enclosed FedEx envelope

If you have any questions, please contact me at (713) 220-3831

Very truly yours,

Basil A Umari

Enclosures