UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| PLC LITIGATION TRUST/ | § | Case No.: 07-20027-C-11 |
| SPC LITIGATION TRUST, | § § | Jointly Administered |
| Debtors. | § | (Confirmed Chapter 11) |

**ORDER GRANTING SPC LITIGATION TRUSTEE'S OBJECTION TO CLAIM NUMBERS 439, 441 AND 444 OF THE MAXXAM ENTITIES**

Upon consideration of the Objection to Claim Numbers 439, 441 and 444 of the MAXXAM Entities (the "Objection") and it appearing that the Court has jurisdiction to consider the Objection; and due and adequate notice of the Objection and the hearing held thereon having been provided to all parties entitled thereto in accordance with the Federal Rules of Bankruptcy Procedure, the Bankruptcy Local Rules, and this Court's orders, and no other or further notice need be given; and no responses having been filed to the Objection, the Court has concluded that the Objection should be granted, and it is, therefore

ORDERED that the Objection is SUSTAINED; and it is further

ORDERED Claim No. 439 filed by MAXXAM Group, Inc. dated July 13, 2007 against Scotia Pacific Company, LLC is hereby DISALLOWED and EXPUNGED; and it is further

ORDERED that Claim No. 441 filed by MAXXAM, Inc. dated July 12, 2007 against Scotia Pacific Company, LLC is hereby DISALLOWED and EXPUNGED; and it is further

ORDERED that Claim No. 444 filed by MAXXAM Group Holdings, Inc. dated July 13, 2007 against Scotia Pacific Company, LLC is hereby DISALLOWED and EXPUNGED.

SIGNED: _____, 2009

_____
UNITED STATES BANKRUPTCY JUDGE

70544491.3