# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| PLC LITIGATION TRUST/ | § | Case No.: 07-20027-C-11 |
| SPC LITIGATION TRUST, | § § | Jointly Administered |
| Debtors. | § § | (Confirmed Chapter 11) |

## ORDER SUSTAINING SPC LITIGATION TRUSTEE'S OBJECTION TO METROPOLITAN LIFE INSURANCE COMPANY CLAIM

Upon consideration of the SPC Litigation Trustee's Objection to Metropolitan Life Insurance Company Claim (the "Motion") and it appearing that the Court has jurisdiction to consider the Objection; and due and adequate notice of the Objection and the hearing held thereon having been provided to all parties entitled thereto in accordance with the Federal Rules of Bankruptcy Procedure, the Bankruptcy Local Rules, and this Court's orders, and no other or further notice need be given; and no responses having been filed to the Objection, the Court has concluded that the Objection should be sustained, and it is, therefore

ORDERED that the Motion is SUSTAINED; and it is further

ORDERED that Metropolitan Life Insurance Company's scheduled $2,235.67 insurance claim against Scotia Pacific Company, LLC is not a class 9 "SCOPAC general unsecured claim" as defined in the MRC/Marathon Plan; and it is further

ORDERED that Metropolitan Life Insurance Company shall receive no distributions from the SPC Litigation Trust.

SIGNED: _____, 2009

_____
UNITED STATES BANKRUPTCY JUDGE

70568216.3